Fill in this information to identify the case:

Debtor name: **Yoga Smoga, Inc.**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 25 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 25 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 25 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Durga Capital LLC<br>151 E. 85th Street<br>PH-H<br>New York, NY 10028 | Ravi Singh | | Disputed | $2,500,000.00 | | |
| Sean Gallagher<br>55 Central Park West<br>Apt. 5A<br>New York, NY 10023 | Sean Gallagher | | Disputed | $500,000.00 | | |
| The Ravi Singh 2015 Family Trust<br>151 E. 85th Street<br>PH-H<br>New York, NY 10028 | Ravi Singh | | Disputed | $200,000.00 | | |
| TRG IMP LLC<br>8500 Beverly Road, Suite 501<br>Los Angeles, CA 90048 | Brittany E. Hatfiled | Rent - Retail Store | | $147,199.00 | | |
| Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP<br>220 W. 42nd Street, #21, New York, NY 10036 | Jennifer Rubnitz<br>(212) 730-8133 | Legal | | $144,700.00 | | |
| Ryan James Moore<br>9223 N. Promontory Summit Drive<br>Park City, UT 84098 | | | Disputed | $125,000.00 | | |

Debtor  **Yoga Smoga, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lori Lynn Walsh<br>9223 N. Promontory Summit Drive<br>Park City, UT 84098 | | | Disputed | $125,000.00 | | |
| Jon Thomas Moore<br>9223 N. Promontory Summit Drive<br>Park City, UT 84098 | | | Disputed | $125,000.00 | | |
| Jeffrey Stevens Moore<br>9223 N. Promontory Summit Drive<br>Park City, UT 84098 | | | Disputed | $125,000.00 | | |
| Corte Madera Village LLC<br>1618 Redwood Highway<br>Corte Madera CA 94925 | Erin Byrne | Rent - Retail Store | | $120,978.00 | | |
| Short Hills Associates LLC<br>8500 Beverly Road, Suite 501<br>Los Angeles, CA 90048 | Brittany E. Hatfiled | Rent - Retail Store | | $119,914.00 | | |
| Beverly Wilshire Owner LP<br>9465 Wilshire Blvd., Suite 160<br>Beverly Hills, CA 90212 | Nathan Morales | Rent - Retail Store | | $117,607.00 | | |
| Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue, Boston, MA 02210 | Doug Wolf<br>(617) 646-8000 | Legal | | $100,287.00 | | |
| Rovy Sze<br>6 Notch Hill Drive<br>Livingston, NJ 07039 | Rovy Sze | Loan | | $100,000.00 | | |
| 99 Degree Custom<br>15 Union Street, Suite 220<br>Lawrence, MA 01840 | Brenna Nan Schneider | Supplier | | $95,386.00 | | |

Debtor **Yoga Smoga, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Teacher Insurance and Annuity Association of America  88 Kearny Street, Suite 1350  San Francisco, CA 94108 | | Rent - Retail Store | | $93,873.00 | | |
| Griffin Mfg. Co. Inc.  502 Bedford St,  Fall River, MA 02720 | Gene Laudon | Supplier | | $89,325.00 | | |
| Macerich Northwestern Associates  1618 Redwood Hwy, Corte Madera CA 94925 | Erin Byrne | Rent - Retail Store | | $87,097.00 | | |
| Duesenberg Investment Company, LLC  1800 Avenue of the Stars, Ste 1400  Los Angeles, CA 90067 | Darren Bell | Rent - Retail Store | | $81,363.00 | | |
| SFO Apparel, Inc.  41 Park Place  Brisbane, CA 94005 | | Supplier | | $77,678.00 | | |
| Westchester Mall LLC  125 Westchester Ave, White Plains, NY 10601 | Eric Saadi | Rent - Retail Store | | $73,395.00 | | |
| DAV 12 Girard, LLC  7825 Fay Avenue, Suite 320, La Jolla CA 92037 | Mindy Angulo | Rent - Retail Store | | $64,574.00 | | |
| 3900 Cross Creek LLC  12410 Santa Monica Blvd. Los Angeles, CA 90025 | Stephen McNelis | Rent - Retail Store | | $53,968.00 | | |

Debtor **Yoga Smoga, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Texollini Inc.  2575 East El Presidio Street Carson CA 90810 | Limore Shalom | | | $50,624.00 | | |