UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                            Case No.16-13538-MEW
                                                                  Chapter 7

    YOGA SMOGA, INC.,

             Debtor.

----------------------------------------------------------X

<div align="right">

**AUCTIONEER'S REPORT OF SALE FOR COMMISSION AND**
**EXPENSES FOR THE SALE OF THE DEBTOR'S ASSETS**

</div>

By Public Auction Sale conducted on July 19, 2018, full amount realized for the Debtor's
Assets.......................................................................................................................................$167,000.00

Buyer's Premium Collected from successful bidders and remitted to the Trustee .........................................................$16,700.00

Total Proceeds .......................................................................................................................$183,700.00

Auctioneer's Commission pursuant to their order of retention for the
United States Bankruptcy Court, Eastern District of New York
(10% Buyer's Premium paid by the successful bidders) ........................................................... $16,700.00

Transportation costs associated with the initial inspection of the assets located at
502 Bedford Street, Fall River, Massachusetts
($122.67 vehicle rental; $13.18 tolls; $48.00 fuel) ..................................................... $183.85

Heather Nicole Wright for reimbursement of expenses and labor associated with packing
the inventory located at 7863 Girard Avenue, Suite 101 & 102, LaJolla, California
($1,500.00 labor and $160.00 packing materials) ................................................. $1,660.00

UPS Ground for the shipping charges of 84 boxes of merchandise from California to
Central Islip, New York ............................................................................................. $5,336.46

Keating Moving and Storage for the transport of boxed inventory from Massachusetts to
Central Islip, New York ............................................................................................. $4,700.00

Transportation costs associated with the boxing and transporting of the remainder of the
inventory located in Fall River, Massachusetts to Central Islip, New York
($245.25 van rental; $74.89 fuel; $20.95 tolls; $59.00 ferry) ..................................... $400.09

Purchase of 50 boxes from Home Depot for moving and sorting/lotting of inventory.................... $73.87

Storage charges for the storage of the inventory from arrival in February from California
and May from Massachusetts until the removal of the Assets by the successful bidder.
(All storage fees have been waived) ..............................................................................N.C.

Pepperell Mills, LP. Inc., for fabric in Massachusetts ......................................................... $1,500.00

Labor to lot and catalog assets for sale, prepare and implement print and internet
advertising, prepare terms of sale and assist on auction day................................................. $5,565.20

Printed 150 bulk sale promotion flyers of which 57 were mailed to a list of targeted
companies.  The remainder were distributed at Maltz events prior to the auction.
(150 @ $.25 each for printing=$37.50 and 57 @ additional $.57 each for postage
and handling=$32.49).................................................................................................... $69.99

Printed 725 auction flyers of which 675 were mailed to potential bidders from a
targeted mailing list by USPS.  The remainder were distributed at Maltz events

prior to the auction (725 @ $.25 each for printing=$181.25 and
675 @ additional $.57 each for postage & handling=$384.75) ................................................. $566.00

SL360 for the purchase of a mailing list of targeted potentially interested parties ........................ $54.31

Distribution of additional full color auction flyers at other Maltz auction events
prior to the auction sale ................................................................................................................ N.C.

Advertisement published in the New York Times on July 8, 2018.............................................. $334.75

Printing of auction catalogs and terms and conditions of sale for distribution at auction
(30 @ $1.00 each)........................................................................................................................ $30.00

Internet marketing on AuctionZip.com (1/3/18 & 5/23/18 @ $20.00 each)................................... $40.00

Targeted social media marketing on Facebook®.......................................................................... $5.73

Search engine marketing on Google.com ...................................................................................... N.C.

General social media marketing to Maltz's 30,000+ Facebook® fans and Twitter® followers .......... N.C.

Labor for Richard B. Maltz to assist with and oversee the implementation of the marketing
campaign, handle telephone calls/email inquiries, landlord negotiations,
and conduct the auction sale......................................................................................................... N.C.

Posting of auction sale on auctioneer's website www.MaltzAuctions.com ........................................ N.C.

Weekly e-mail notification to more than 35,000 subscribers of the
www.MaltzAuctions.com email mailing list ................................................................................... N.C.


Total Expenses................................................................................................... $20,520.25


Total Commission and Expenses ...................................................................................................... $37,220.25

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                                                  Case No.16-13538-MEW
                                                                                        Chapter  7

      YOGA SMOGA, INC.,

              Debtor.

-----------------------------------------------------------X

## REPORT OF PUBLIC AUCTION SALE

1.      In accordance with Local Bankruptcy Rule 6004-1(f) ("Local Rule"). Maltz Auctions, Inc. ("Maltz") submits this report of the public auction sale of the Debtor's inventory, fixtures and equipment, (the "Assets").

2.      On July 19, 2018 at approximately 11:00 a.m., Maltz conducted the public auction of the Assets in accordance with an Order entered January 22, 2018 [Doc. No. 250] approving Maltz's employment as auctioneer for the Trustee. *Local Rule 6004-1(f)(1).*

3.      The gross dollar amount of the sale of the Assets was $167,000.00, plus a 10% buyer's premium in the amount of $16,700.00 paid by the successful bidder. *Local Rule 6004-1(f)(2).*

4.      An itemized list of the Assets sold is annexed. *Local Rule 6004-1(f)(3).*

5.      An itemized statement of Maltz's expenditures, disbursements, and commissions allowable under Local Bankruptcy Rule 6005-1 relating to the sale of the Assets, including copies of invoices and related documents, is annexed. Maltz seeks a commission of $16,700.00 and reimbursement of expenses in the amount of $20,520.25 in connection with the sale of the Assets. *Local Rule 6004-1(f)(4).*

6.      Maltz has a blanket insurance policy covering all sales conducted by Maltz. In connection with the sale of the Property, Maltz is not seeking reimbursement from the Debtor's estate. *Local Rule 6004-1(f)(5).*

7.      All registered bidders executed Terms and Conditions of Sale prior to bidding on the Assets. *Local Rule 6004-1(f)(10).*

8.      Maltz advertised the auction sale of the Assets by: causing advertisements to be published in The New York Times, direct mailings, distributing full color auction flyers to potential interested parties, listing the Assets on third party web sites, telemarketing and utilizing search engine and social media marketing. *Local Rule 6004-1(f)(11).*

9.      A listing of the Assets was posted on the Auctioneer's website prior to the sale. Inspections of the Assets were conducted by appointment for unfinished goods located off site and on the morning of the sale for the finished goods by all interested parties. *Local Rule 6004-1(f)(12).*

Dated:    July 20, 2018
          Central Islip, New York

                         By:                                  
                                      Richard B. Maltz, Chief Executive Officer
                                      Maltz Auctions, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                  Case No.16-13538-MEW
                                                                        Chapter  7

     YOGA SMOGA, INC.,

           Debtor.

-------------------------------------------------------------X


### AFFIDAVIT TO ACCOMPANY REPORT OF PUBLIC AUCTION SALE

STATE OF NEW YORK  )
                ) ss.:
COUNTY OF SUFFOLK  )

RICHARD B. MALTZ, being duly sworn deposes and says:

1.     I am the Chief Executive Officer of Maltz Auctions, Inc. ("Maltz"). I submit this affidavit, pursuant to Local Bankruptcy Rule 6004-1(g) ("Local Rule"), in connection with Maltz's report of sale (the "Report") of the public auction sale of the Debtor's intellectual property, finished goods and unfinished goods (the "Assets").

2.     I make this affidavit of my personal knowledge based upon the handling of the public auction sale of the Assets by Maltz. I personally managed the auction sale process and have the most familiarity with the same.

3.     I am a licensed auctioneer in the State of New York. My DCA # is 1240836.

4.     Maltz has a place of business at 39 Windsor Place, Central Islip, New York 11722.

5.     Maltz conducted the auction sale of the Assets in accordance with the Order entered May 21, 2018 approving the employment of Maltz as the Trustee's auctioneer.

6.     The public auction sale of the Assets was conducted by Maltz on July 19, 2018 at 39 Windsor Place, Central Islip, New York.

7.     The labor and other expenses incurred on behalf of the estate as listed in the report of sale were reasonable and necessary.

8.     I estimate Maltz expended in excess of 200 hours in connection with the services rendered to the Chapter 7 Trustee.

9.     All monies collected by Maltz in connection with the sale of the Assets were remitted to the Trustee.

10.     I declare under penalty of perjury that the foregoing is true and correct.


                                Richard B. Maltz, Chief Executive Officer
                                Maltz Auctions, Inc.

Sworn to before me this
20th day of July, 2018

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

**YOGA SMOGA INC.**
**Case # 16-13538-MEW**

**COMPUTATION OF AUCTIONEER'S COMMISSION PURSUANT TO RETENTION ORDER**

Gross Sale Proceeds of the Public Auction Sale conducted on July 19, 2018 ............................................... $167,000.00

10% Buyer's Premium collected from successful bidders (10% of $16,700.00) ....................... $16,700.00

Auctioneer's Commission ......................................................................................................... $16,700.00

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                              :        Chapter 7
                                                   :
YOGA SMOGA, INC.,                                  :        Case No. 16-13538-MEW
                                                   :
                              Debtor.              :

-----------------------------------------------------------x

### ORDER AUTHORIZING EMPLOYMENT AND
### RETENTION OF MALTZ AUCTIONS, INC. AS AUCTIONEER/BUSINESS
### BROKER/LIQUIDATOR TO THE CHAPTER 7 TRUSTEE

Upon the application, dated November 20, 2017 (the "Application"), of Yann

Geron (the "Trustee"), the chapter 7 trustee of the estate of Yoga Smoga, Inc. (the "Debtor"), the

above-captioned debtor, for an order, pursuant to 11 U.S.C. §§ 327(a), authorizing the

employment and retention of Maltz Auctions, Inc. ("Maltz") as auctioneer/business

broker/liquidator to the Trustee herein to sell the Debtor's personal and intellectual property; and

upon the affidavit of Richard B. Maltz in support thereof (the "Maltz Affidavit"); and it

appearing that Maltz represents no interest adverse to the Trustee, the Debtor, its estate or

creditors with respect to the matters for which it is to be engaged, that Maltz is a disinterested

person as that term is defined in 11 U.S.C. § 101(14), and that its employment is necessary and

in the best interests of the estate; and for good and sufficient cause, it is hereby

**ORDERED**, that Application is granted to the extent provided herein; and it is

further

**ORDERED**, that, pursuant to 11 U.S.C. §§ 327(a) and Rule 2014(a) of the

Federal Rules of Bankruptcy Procedure, the Trustee is hereby authorized and empowered to

employ and retain Maltz as his auctioneer/business broker/liquidator on the terms and conditions

set forth in the Application and the Maltz Affidavit; and it is further

*ORDERED*, that Maltz is authorized to assess, collect, and liquidate the Assets as further directed by the Trustee and/or orders of this Court; and it is further

*ORDERED*, that, Maltz shall be entitled to compensation in the form of a ten percent (10%) buyers' premium to be added to the amount of the highest or best offer (as selected by the Trustee) to reflect the total purchase price which will be paid by the purchaser to the Trustee; and it is further

*ORDERED*, that Maltz is authorized to seek reimbursement and for its actual, reasonable and necessary out-of-pocket disbursements and costs, subject to prior approval of the Trustee; and it is further

*ORDERED*, that all compensation and reimbursement of expenses to be paid to Maltz shall be subject to prior application to, and award by, this Court, pursuant to 11 U.S.C. §§ 330 and 331, the Federal and Local Bankruptcy Rules, and the Guidelines promulgated by the United States Trustee; and it is further

*ORDERED*, that, pursuant to Local Bankruptcy Rule 6005-1(f), Maltz shall provide the United States Trustee and this Court with no less than seven days' notice of its application for compensation and reimbursement of expenses; and it is further

*ORDERED*, that, pursuant to Local Bankruptcy Rule 6005-1(f), Maltz shall not file its application for compensation and reimbursement of expenses unless it has filed its report of sale (as required by Local Bankruptcy Rule 6004-1(f)); and it is further

*ORDERED*, that, notwithstanding any of the other provisions of the Application, the Maltz Affidavit or this Order, the United States Trustee and this Court retain all rights to respond and/or object to Maltz' final request for compensation and reimbursement of expenses

2

pursuant to the reasonableness standard set forth in Section 330 of the Bankruptcy Code, and it is

further

        **ORDERED,** that in the event of a discrepancy between the terms of this Order,

the Application or the Maltz Affidavit, the terms of this Order shall prevail; and is it further

        **ORDERED,** that this Court shall retain jurisdiction to hear and determine all

matters arising from the implementation of this Order.

Dated:    New York, New York
          November 30, 2017

                                   **s/Michael E. Wiles**
                                   Honorable Michael E. Wiles
                                   United States Bankruptcy Judge

**NO OBJECTION:**

Dated:    New York, New York
          November 21, 2017

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   */s/ Susan Arbeit*
       Susan Arbeit, Trial Attorney

3

EXPENSES

2  ENTERPRISE RENTAL - AMEX   127.67
   THROGS NECK BRIDGE - EZ PASS   11.52
   NYS THRUWAY TOLL - EZ PASS   1.66
   SHELL GAS   38.00 - AMEX
   SPEEDWAY GAS   16.00 - AM EX

183.85

YOGA SMOGA

SPEEDWAY    Store 851
Rockville NY 11570
TRAN#: 923592
12/1/2017  7:48 AM

Pump  07
Regular Unleaded
  4.098 @ $2.439/GAL
GAS TOTAL      $10.00

TAX            $0.00
TOTAL          $10.00

American Express
Card Num :
XXXXXXXXXXXX1014
TERM: 0050007851001
TRANS TYPE:  CAPTURE
APPR#: 537350
ENTRY METHOD: ICR
WWW.SPEEDWAY.COM

Welcome to ....
SAVE MONEY ON EVERY GALLON!
Use your STOP & SHOP CARD Here.
Thank you for Shopping with Us.

YOGASMOGA

SHELL
273 CLARKS FALLS ROA
NORTH STONING, CT
06359
57521529206
11/30/2017 273033173
07:38:47 AM

PUMP# 7
REGULAR CR    13.772G
PRICE/GAL     $2.759

FUEL TOTAL  $ 38.00

CREDIT      $ 38.00

XXXX XXXXGXX X1014
AMEX
Swiped
APPROVED
AUTH # 521947
INV # 987164

-------------------
Bonus Savings
Don't miss out on
INSTANT GOLD STATUS!
Join Fuel Rewards
and save at least
$0.85/gal on every
fuel purchase.
Pick up a FREE card
and register at
fuelrewards.com .11
or ....
Pass ...

ERICAN AUTO STOP

**ELRAC, LLC, 602 SUNRISE HWY, ROCKVILLE CENTRE, NY 115705129 (516) 887-3434**

**RENTAL AGREEMENT    REF#**
352340                9RB76R

**RENTER**
SUSS, RICHARD

**DATE & TIME OUT**
11/29/2017   05:52 PM
**DATE & TIME IN**
12/01/2017   07:51 AM

**BILLING CYCLE**
24-HOUR

**CAR CLASS CHARGED**
CCAR

**VEH #1 2017 DODG JOUR 1SX2**
VIN# 3C4PDCBG6HT515940
LIC# KFJ2793
MILES DRIVEN  405
CAR CLASS:  SRAR

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 11/29 - 12/01 | 2 | DAY | $37.99 | $75.98 |
| DW | 11/29 - 12/01 | 2 | DAY | $8.99 | $17.98 |
| PAI/PEC | 11/29 - 12/01 | 2 | DAY | $6.90 | $13.80 |
| REFUELING CHARGE | 11/29 - 12/01 | | | | $0.00 |
| | | | | Subtotal: | $107.76 |
| **Taxes & Surcharges** | | | | | |
| CAR RENTAL SALES TAX | 11/29 - 12/01 | | | 11% | $8.36 |
| SALES TAX | 11/29 - 12/01 | | | 8.625% | $6.55 |
| | | | | Total Charges: | $122.67 |
| **Bill-To / Deposits** | · | | | | |
| DEPOSITS | | | | | ($122.67) |

**Total Estimated Amount Due**                                      **$0.00**

**PAYMENT INFORMATION**

| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| $122.67 | American Express | xxxxxxxxxxxx1014 |

*(handwritten)* YOGA SMOGA
FALL RIVER, MASS





**MALTZ AUCTIONS**
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

Signature Bank
97 Broadway
Brooklyn, NY 11249

1-1357
260

**4367**

2/12/2018

PAY TO THE
ORDER OF    heather nicole wrigh

$ **1,660.00

One Thousand Six Hundred Sixty and 00/100********************************************************************************  DOLLARS

HEATHER NICOLE WRIGHT
925 THOMAS AVE, UNIT 1
SAN DIEGO CA 92109

MEMO
LABOR & COSTS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈004367⑈ ⑆

---

heather nicole wrigh                                                    2/12/2018                    **4367**

LABOR                                                                                                1,500.00
COSTS                                                                                                  160.00

Signature Operating Accou    LABOR & COSTS                                                           1,660.00

---

heather nicole wrigh                                                    2/12/2018                    **4367**

LABOR                                                                                                1,500.00
COSTS                                                                                                  160.00

Signature Operating Accou    LABOR & COSTS                                                           1,660.00

Ready to reorder? Call Engravings N' More, Inc. 718.246.1910



‹ 1 / 2 ›

**Super Bowl LII May Impact Areas of Minneapolis, MN** **...More (/us/en/service-alerts.page?id=alert1**

QUICK START ▼



Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Schedule a Pickup

Internet Pickup

# Schedule a Pickup

## View Pickup Status                                              🖶 Print

**Pickup Request Number:**
29410292N05

**Total Amount:**
6.18 USD

---

### SCHEDULING INFORMATION

Your pickup request is being processed.

---

### PICKUP DATE AND TIME

Pickup Date:
Wednesday, January 31, 2018

Earliest Pickup Time:
10:00AM

Latest Pickup Time:
4:00PM

---

### PICKUP INFORMATION

Pickup Address:                    **Telephone:**        858-792-8500

Nicole Wright
Nicole Wright
7863 Girard Avenue
LA JOLLA , CA 92037
US

## SHIPMENT INFORMATION

**Total Number of Packages:**          20

**Services Selected:**                 UPS Ground

## PAYMENT INFORMATION FOR ALL FEES

**Bill to:**
Bill to:
**Payment Card Type:**                 VISA
**Payment Card Number:**               XXXX-XXXX-XXXX-1726
**Expiration:**                        03/2022

Additional duties/taxes may apply and are not reflected in the total amount due.

## TOTAL FEES

| | | |
|---|---|---|
| Total Charge for Pickup: | **Hide Pickup Fee Details(repl_href)** ▼ | 6.18 USD |
| Base Charge | | 5.80 USD |
| Fuel Surcharge | | 0.38 USD |
| **Total Charges:** | | **6.18 USD** |

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►

(?) Customer Service                                         +

Connect with Us                                             +

Other UPS Sites                                             +

Company Info

⟨  1 / 2  ⟩                                                                    ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN  ...More (/us/en/service-alerts.page?id=alert1**

QUICK START  ▼                                                        🔍  ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Schedule a Pickup

Internet Pickup

# Schedule a Pickup

## View Pickup Status                                                🖶 Print

**Pickup Request Number:**
295102LJOMS

**Total Amount:**
6.18 USD

---

### SCHEDULING INFORMATION

Your pickup request is being processed.

---

### PICKUP DATE AND TIME

Pickup Date:
Wednesday, January 31, 2018

Earliest Pickup Time:
10:00AM

Latest Pickup Time:
4:00PM

---

### PICKUP INFORMATION

Pickup Address:                    **Telephone:**        858-792-8500

Nicole Wright
Nicole Wright
7863 Girard Avenue
LA JOLLA , CA 92037
US

## SHIPMENT INFORMATION

| | |
|---|---|
| **Total Number of Packages:** | 14 |
| **Services Selected:** | UPS Ground |

## PAYMENT INFORMATION FOR ALL FEES

**Bill to:**
Bill to:

| | |
|---|---|
| **Payment Card Type:** | VISA |
| **Payment Card Number:** | XXXX-XXXX-XXXX-1726 |
| **Expiration:** | 03/2022 |

Additional duties/taxes may apply and are not reflected in the total amount due.

## TOTAL FEES

| | | |
|---|---|---|
| Total Charge for Pickup: | **Hide Pickup Fee Details(repl_href)** ▼ | 6.18 USD |
| Base Charge | | 5.80 USD |
| Fuel Surcharge | | 0.38 USD |
| **Total Charges:** | | **6.18 USD** |

◄ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ►

? Customer Service                                        +

Connect with Us                                           +

Other UPS Sites                                           +

Company Info

‹  **1 / 2**  ›                                                                      ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN  ...More (/us/en/service-alerts.page?id=alert1**

QUICK START  ▼                                                          🔍   ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Schedule a Pickup

Internet Pickup

# Schedule a Pickup

## View Pickup Status                                           Print

**Pickup Request Number:**
294101CMR79

**Total Amount:**
6.18 USD

---

**SCHEDULING INFORMATION**

Your pickup request is being processed.

---

**PICKUP DATE AND TIME**

Pickup Date:
Wednesday, January 31, 2018

Earliest Pickup Time:
10:00AM

Latest Pickup Time:
4:00PM

---

**PICKUP INFORMATION**

Pickup Address:                    **Telephone:**            858-792-8500

Nicole Wright
Nicole Wright
7863 Girard Avenue
LA JOLLA , CA 92037
US

## SHIPMENT INFORMATION

**Total Number of Packages:**            20

**Services Selected:**            UPS Ground

## PAYMENT INFORMATION FOR ALL FEES

**Bill to:**
Bill to:
**Payment Card Type:**            VISA
**Payment Card Number:**            XXXX-XXXX-XXXX-1726
**Expiration:**            03/2022

Additional duties/taxes may apply and are not reflected in the total amount due.

## TOTAL FEES

| | | |
|---|---|---|
| Total Charge for Pickup: | **Hide Pickup Fee Details(repl_href)** ▼ | 6.18 USD |
| Base Charge | | 5.80 USD |
| Fuel Surcharge | | 0.38 USD |
| **Total Charges:** | | **6.18 USD** |

◀ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    ▶

⑦ Customer Service                                                    ✛

Connect with Us                                                      ✛

Other UPS Sites                                                      ✛

Company Info

‹ **1 / 2** › 

**Super Bowl LII May Impact Areas of Minneapolis, MN** **...More (/us/en/service-alerts.page?id=alert1**

QUICK START ▼                               🔍 ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Schedule a Pickup

Internet Pickup

# Schedule a Pickup

## View Pickup Status                                   

**Pickup Request Number:**
29411308MO2

**Total Amount:**
6.18 USD

---

**SCHEDULING INFORMATION**

Your pickup request is being processed.

---

**PICKUP DATE AND TIME**

Pickup Date:
Wednesday, January 31, 2018

Earliest Pickup Time:
10:00AM

Latest Pickup Time:
4:00PM

---

**PICKUP INFORMATION**

Pickup Address:                    **Telephone:**        858-792-8500

Nicole Wright
Nicole Wright
7863 Girard Avenue
LA JOLLA , CA 92037
US

## SHIPMENT INFORMATION

**Total Number of Packages:**          20

**Services Selected:**          UPS Ground

## PAYMENT INFORMATION FOR ALL FEES

**Bill to:**
Bill to:
**Payment Card Type:**          VISA
**Payment Card Number:**          XXXX-XXXX-XXXX-1726
**Expiration:**          03/2022

Additional duties/taxes may apply and are not reflected in the total amount due.

## TOTAL FEES

| | | |
|---|---|---|
| Total Charge for Pickup: | **Hide Pickup Fee Details(repl_href)** ▼ | 6.18 USD |
| Base Charge | | 5.80 USD |
| Fuel Surcharge | | 0.38 USD |
| **Total Charges:** | | **6.18 USD** |

◄ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ►

(?) Customer Service                                                    +

Connect with Us                                                          +

Other UPS Sites                                                          +

Company Info

‹ 1 / 2 ›                                                           

**Super Bowl LII May Impact Areas of Minneapolis, MN** **...More (/us/en/service-alerts.page?id=alert1**

QUICK START ▼                                        

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Schedule a Pickup

Internet Pickup

# Schedule a Pickup

## View Pickup Status                                              🖨 **Print**

**Pickup Request Number:**
2941117BK6S

**Total Amount:**
6.18 USD

| SCHEDULING INFORMATION |
|---|
| Your pickup request is being processed. |

| PICKUP DATE AND TIME |
|---|
| Pickup Date:<br>Wednesday, January 31, 2018<br><br>Earliest Pickup Time:<br>10:00AM<br><br>Latest Pickup Time:<br>4:00PM |

**PICKUP INFORMATION**

Pickup Address:                    **Telephone:**        858-792-8500

Nicole Wright
Nicole Wright
7863 Girard Avenue
LA JOLLA , CA 92037
US

## SHIPMENT INFORMATION

| | |
|---|---|
| **Total Number of Packages:** | 10 |
| **Services Selected:** | UPS Ground |

## PAYMENT INFORMATION FOR ALL FEES

**Bill to:**
Bill to:

| | |
|---|---|
| **Payment Card Type:** | VISA |
| **Payment Card Number:** | XXXX-XXXX-XXXX-1726 |
| **Expiration:** | 03/2022 |

Additional duties/taxes may apply and are not reflected in the total amount due.

## TOTAL FEES

| | |
|---|---|
| Total Charge for Pickup:    **Hide Pickup Fee Details(repl_href) ▼** | 6.18 USD |
| Base Charge | 5.80 USD |
| Fuel Surcharge | 0.38 USD |
| **Total Charges:** | **6.18 USD** |

⊘ Customer Service    +

Connect with Us    +

Other UPS Sites    +

Company Info

*2/20 - 21*

*84 BOXES ACCOUNTED FOR*

*VERIFIED BOX # + TRACK #*

*ZKA S.*

‹ 1/2 › ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN** ...More (/us/en/service-alerts.page?id=alert1)

🔍 ☰

**QUICK START** ▼

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

# Shipping

# Create A Shipment

## Shipment Details

This page shows the shipment history details for the shipment you selected.

### ① ADDRESS INFORMATION

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| MALTZ AUCTIONS INC. MALTZ AUCTIONS 39 WINDSOR PLACE CENTRAL ISLIP NY 117223301 Telephone:5163497022 email:dc@maltzauctions.com | NICOLE WRIGHT 7863 GIRARD AVENUE NY LA JOLLA CA 92037 Telephone:8587928500 | NICOLE WRIGHT 7863 GIRARD AVENUE NY LA JOLLA CA 92037 Telephone:8587928500 |

### ② PACKAGE INFORMATION

| | TRACKING NUMBER | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBER: |
|---|---|---|---|---|---|
| 1. | 1ZE5H77T0300014411 | 82.0 lbs (82.0 lbs billable) | Other Packaging | | Reference#1 - BOX 1 |
| 2. | 1ZE5H77T0313862427 | 74.0 lbs (74.0 lbs billable) | Other Packaging | | Reference#1 - BOX 2 |

| 3. | 1ZE5H77T0301800033 | 74.0 lbs (74.0 lbs billable) | Other Packaging | | Reference#1 - BOX 3 |
| 4. | 1ZE5H77T0309843241 | 81.0 lbs (81.0 lbs billable) | Other Packaging | | Reference#1 - BOX 4 |
| 5. | 1ZE5H77T0319368059 | 78.0 lbs (78.0 lbs billable) | Other Packaging | | Reference#1 - BOX 5 |
| 6. | 1ZE5H77T0312710468 | 35.0 lbs (35.0 lbs billable) | Other Packaging | | Reference#1 - BOX 6 |
| 7. | 1ZE5H77T0314766477 | 82.0 lbs (82.0 lbs billable) | Other Packaging | | Reference#1 - BOX 7 |
| 8. | 1ZE5H77T0310592082 | 8.0 lbs (8.0 lbs billable) | Other Packaging | | Reference#1 - BOX 8 |
| 9. | 1ZE5H77T0319003291 | 35.0 lbs (35.0 lbs billable) | Other Packaging | | Reference#1 - BOX 9 |
| 10. | 1ZE5H77T0302176109 | 14.0 lbs (14.0 lbs billable) | Other Packaging | | Reference#1 - BOX 10 |
| 11. | 1ZE5H77T0311246516 | 37.0 lbs (37.0 lbs billable) | Other Packaging | | Reference#1 - BOX 11 |
| 12. | 1ZE5H77T0307910529 | 31.0 lbs (31.0 lbs billable) | Other Packaging | | Reference#1 - BOX 12 |
| 13. | 1ZE5H77T0302024139 | 45.0 lbs (45.0 lbs billable) | Other Packaging | | Reference#1 - BOX 13 |
| 14. | 1ZE5H77T0305203341 | 4.0 lbs (4.0 lbs billable) | Other Packaging | | Reference#1 - BOX 14 |
| 15. | 1ZE5H77T0300424157 | 27.0 lbs (27.0 lbs billable) | Other Packaging | | Reference#1 - BOX 15 |
| 16. | 1ZE5H77T0307622564 | 16.0 lbs (16.0 lbs billable) | Other Packaging | | Reference#1 - BOX 16 |
| 17. | 1ZE5H77T0305294575 | 7.0 lbs (7.0 lbs billable) | Other Packaging | | Reference#1 - BOX 17 |
| 18. | 1ZE5H77T0308096186 | 27.0 lbs (27.0 lbs billable) | Other Packaging | | Reference#1 - BOX 18 |
| 19. | 1ZE5H77T0300443396 | 18.0 lbs (18.0 lbs billable) | Other Packaging | | Reference#1 - BOX 19 |
| 20. | 1ZE5H77T0306112205 | 40.0 lbs (40.0 lbs billable) | Other Packaging | | Reference#1 - BOX 20 |

### (3) UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**                    UPS Ground Service

**Shipping Fees Subtotal:**

**Show Shipping Fees Subtotal Details**

**④ PAYMENT INFORMATION**

**Bill Shipping Charges to:**                    Visa xxxxxxxxxxxx1726

**Associated shipper's account:**            Shipper's Account E5H77T

| | |
|---|---:|
| **Shipping Charges:** | 1,545.49 ⎸ |
| **Subtotal Shipping Charges:** | 1,545.49 ⎸ |
| **Total Charged:** | 1,545.49 ⎸ |

**⑤ PRINTING PREFERENCES (FOR VIEW/PRINT RECEIPT)**

☑ Print label instructions

⚬ On each label

⚬ On first label only

(International shipments, or shipments requiring a signature or special instructions, will always print label instru regardless of this setting.)

☐ Use my UPS thermal printer to print labels
☐ Use my UPS thermal printer to print receipts

**Note:** Your invoice may vary from the displayed reference rates.

¹ * For delivery and guarantee information, see the **UPS Service Guide**
(http://www.ups.com/content/us/en/shipping/time/service/index.html). To speak to a customer service
representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

If you require additional information, select **Contact UPS** below.

⚬ Customer Service    ✛

Connect with Us    ✛

Other UPS Sites    ✛

Company Info    ✛

< 1/2 >                                                                                                    ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN  ...More (/us/en/service-alerts.page?id=alert1)**

QUICK START  ▼                                                                          🔍  ☰

Home (/us/en/Home.page?) >  Shipping (/us/en/shipping.page?) >  Create a Shipment:Package & Freight

## Shipping

# Create A Shipment

## Shipment Details

This page shows the shipment history details for the shipment you selected.

### ① ADDRESS INFORMATION

**Ship To:**

MALTZ AUCTIONS
INC.
MALTZ AUCTIONS
39 WINDSOR PLACE
CENTRAL
ISLIP NY 117223301
Telephone:51634970
22
email:dc@maltzaucti
ons.com

**Ship From:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

**Return Address:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

### ② PACKAGE INFORMATION

| | TRACKING NUMBER | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBER: |
|---|---|---|---|---|---|
| 1. | 1ZE5H77T0303951215 | 20.0 lbs (20.0 lbs billable) | Other Packaging | | Reference#1 - BOX 21 |
| 2. | 1ZE5H77T0317127223 | 31.0 lbs (31.0 lbs billable) | Other Packaging | | Reference#1 - BOX 22 |



| # | Tracking | Weight | | Package | | Reference |
|---|---|---|---|---|---|---|
| 3. | 1ZE5H77T0319272830 | 8.0 lbs (8.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 23 |
| 4. | 1ZE5H77T0301204044 | 6.0 lbs (6.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 24 |
| 5. | 1ZE5H77T0317096856 | 18.0 lbs (18.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 25 |
| 6. | 1ZE5H77T0310087262 | 15.0 lbs (15.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 26 |
| 7. | 1ZE5H77T0313871275 | 5.0 lbs (5.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 27 |
| 8. | 1ZE5H77T0310304884 | 4.0 lbs (4.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 28 |
| 9. | 1ZE5H77T0303004097 | 4.0 lbs (4.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 29 |
| 10. | 1ZE5H77T0306944905 | 25.0 lbs (25.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 30 |
| 11. | 1ZE5H77T0314063315 | 6.0 lbs (6.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 31 |
| 12. | 1ZE5H77T0314855326 | 34.0 lbs (34.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 32 |
| 13. | 1ZE5H77T0315976935 | 3.0 lbs (3.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 33 |
| 14. | 1ZE5H77T0313844143 | 12.0 lbs (12.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 34 |
| 15. | 1ZE5H77T0304232955 | 8.0 lbs (8.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 35 |
| 16. | 1ZE5H77T0307879369 | 2.0 lbs (2.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 36 |
| 17. | 1ZE5H77T0312079375 | 2.0 lbs (2.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 37 |
| 18. | 1ZE5H77T0308288988 | 10.0 lbs (10.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 38 |
| 19. | 1ZE5H77T0305724190 | 2.0 lbs (2.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 39 |
| 20. | 1ZE5H77T0300961004 | 7.0 lbs (7.0 lbs billable) | Other Packaging | | | Reference#1 - BOX 40 |

### ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**                    UPS Ground Service

**Shipping Fees Subtotal:**

**Show Shipping Fees Subtotal Details**

④ **PAYMENT INFORMATION**

**Bill Shipping Charges to:**                    Visa xxxxxxxxxxxx1726

**Associated shipper's account:**              Shipper's Account E5H77T

| | |
|---|---|
| **Shipping Charges:** | 601.62 ∪ |
| **Subtotal Shipping Charges:** | 601.62 ∪ |
| **Total Charged:** | 601.62 ∪ |

⑤ **PRINTING PREFERENCES (FOR VIEW/PRINT RECEIPT)**

☑ Print label instructions
   ○ On each label
   ○ On first label only
   (International shipments, or shipments requiring a signature or special instructions, will always print label instru
   regardless of this setting.)
☐ Use my UPS thermal printer to print labels
☐ Use my UPS thermal printer to print receipts

**Note:** Your invoice may vary from the displayed reference rates.

[1] * For delivery and guarantee information, see the **UPS Service Guide**
(**http://www.ups.com/content/us/en/shipping/time/service/index.html**). To speak to a customer service
representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

If you require additional information, select **Contact UPS** below.

◄ 

⑦ Customer Service                                                                +

Connect with Us                                                                  +

Other UPS Sites                                                                  +

Company Info                                                                      +

< 1/2 >                                                            ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN** **...More (/us/en/service-alerts.page?id=alert1)**

QUICK START ▼                                            🔍  ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

Shipping

# Create A Shipment

## Shipment Details

This page shows the shipment history details for the shipment you selected.

### ① ADDRESS INFORMATION

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| MALTZ AUCTIONS INC. | NICOLE WRIGHT | NICOLE WRIGHT |
| MALTZ AUCTIONS | 7863 GIRARD | 7863 GIRARD |
| 39 WINDSOR PLACE | AVENUE | AVENUE |
| CENTRAL | LA JOLLA CA 92037 | LA JOLLA CA 92037 |
| ISLIP NY 117223301 | Telephone:85879285 | Telephone:85879285 |
| Telephone:51634970 | 00 | 00 |
| 22 | | |
| email:dc@maltzaucti | | |
| ons.com | | |

### ② PACKAGE INFORMATION

| | TRACKING NUMBER | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBER: |
|---|---|---|---|---|---|
| 1. | 1ZE5H77T0303535415 | 27.0 lbs (27.0 lbs billable) | Other Packaging | | Reference#1 - BOX 41 |
| 2. | 1ZE5H77T0317543425 | 16.0 lbs (16.0 lbs billable) | Other Packaging | | Reference#1 - BOX 42 |



| 3. | 1ZE5H77T0319241033 | 42.0 lbs (42.0 lbs billable) | Other Packaging | | Reference#1 - BOX 43 |
| 4. | 1ZE5H77T0310644249 | 60.0 lbs (60.0 lbs billable) | Other Packaging | | Reference#1 - BOX 44 |
| 5. | 1ZE5H77T0309129059 | 60.0 lbs (60.0 lbs billable) | Other Packaging | | Reference#1 - BOX 45 |
| 6. | 1ZE5H77T0313031468 | 32.0 lbs (32.0 lbs billable) | Other Packaging | | Reference#1 - BOX 46 |
| 7. | 1ZE5H77T0303247478 | 63.0 lbs (63.0 lbs billable) | Other Packaging | | Reference#1 - BOX 47 |
| 8. | 1ZE5H77T0300833081 | 33.0 lbs (33.0 lbs billable) | Other Packaging | | Reference#1 - BOX 48 |
| 9. | 1ZE5H77T0300604293 | 30.0 lbs (30.0 lbs billable) | Other Packaging | | Reference#1 - BOX 49 |
| 10. | 1ZE5H77T0300737104 | 37.0 lbs (37.0 lbs billable) | Other Packaging | | Reference#1 - BOX 50 |
| 11. | 1ZE5H77T0308367517 | 42.0 lbs (42.0 lbs billable) | Other Packaging | | Reference#1 - BOX 51 |
| 12. | 1ZE5H77T0301191522 | 36.0 lbs (36.0 lbs billable) | Other Packaging | | Reference#1 - BOX 52 |
| 13. | 1ZE5H77T0305065134 | 44.0 lbs (44.0 lbs billable) | Other Packaging | | Reference#1 - BOX 53 |
| 14. | 1ZE5H77T0307604342 | 8.0 lbs (8.0 lbs billable) | Other Packaging | | Reference#1 - BOX 54 |
| 15. | 1ZE5H77T0307785157 | 2.0 lbs (2.0 lbs billable) | Other Packaging | | Reference#1 - BOX 55 |
| 16. | 1ZE5H77T0301543562 | 43.0 lbs (43.0 lbs billable) | Other Packaging | | Reference#1 - BOX 56 |
| 17. | 1ZE5H77T0303375571 | 35.0 lbs (35.0 lbs billable) | Other Packaging | | Reference#1 - BOX 57 |
| 18. | 1ZE5H77T0303937188 | 38.0 lbs (38.0 lbs billable) | Other Packaging | | Reference#1 - BOX 58 |
| 19. | 1ZE5H77T0303644397 | 20.0 lbs (20.0 lbs billable) | Other Packaging | | Reference#1 - BOX 59 |
| 20. | 1ZE5H77T0302273209 | 20.0 lbs (20.0 lbs billable) | Other Packaging | | Reference#1 - BOX 60 |

### ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**                 UPS Ground Service

**Shipping Fees Subtotal:**

**Show Shipping Fees Subtotal Details**

## ④ PAYMENT INFORMATION

**Bill Shipping Charges to:**            Visa xxxxxxxxxxxx1726

**Associated shipper's account:**        Shipper's Account E5H77T

| | |
|---|---|
| **Shipping Charges:** | 1,444.36 ℓ |
| **Subtotal Shipping Charges:** | 1,444.36 ℓ |
| **Total Charged:** | 1,444.36 ℓ |

## ⑤ PRINTING PREFERENCES (FOR VIEW/PRINT RECEIPT)

☑ Print label instructions

　○ On each label

　○ On first label only

(International shipments, or shipments requiring a signature or special instructions, will always print label instructions regardless of this setting.)

☐ Use my UPS thermal printer to print labels
☐ Use my UPS thermal printer to print receipts

**Note:** Your invoice may vary from the displayed reference rates.

[1] * For delivery and guarantee information, see the **UPS Service Guide** (http://www.ups.com/content/us/en/shipping/time/service/index.html). To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

If you require additional information, select **Contact UPS** below.

⑦ Customer Service                                              +

Connect with Us                                                +

Other UPS Sites                                                +

Company Info                                                   +

‹ 1/2 ›                                                                    ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN  ...More (/us/en/service-alerts.page?id=alert1)**

QUICK START ▾                                                    🔍  ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

## Shipping

# Create A Shipment

---

## Shipment Details

This page shows the shipment history details for the shipment you selected.

---

### ① ADDRESS INFORMATION

**Ship To:**

MALTZ AUCTIONS
INC.
MALTZ AUCTIONS
39 WINDSOR PLACE
CENTRAL
ISLIP NY 117223301
Telephone:51634970
22
email:dc@maltzaucti
ons.com

**Ship From:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

**Return Address:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

---

### ② PACKAGE INFORMATION

| | TRACKING NUMBER | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBER: |
|---|---|---|---|---|---|
| 1. | 1ZE5H77T0304559611 | 15.0 lbs (15.0 lbs billable) | Other Packaging | | Reference#1 - BOX 61 |
| 2. | 1ZE5H77T0301799626 | 21.0 lbs (21.0 lbs billable) | Other Packaging | | Reference#1 - BOX 62 |



| # | Tracking | Weight | Packaging | | Reference |
|---|----------|--------|-----------|---|-----------|
| 3. | **1ZE5H77T0309449230** | 26.0 lbs (26.0 lbs billable) | Other Packaging | | Reference#1 - BOX 63 |
| 4. | **1ZE5H77T0300724449** | 52.0 lbs (52.0 lbs billable) | Other Packaging | | Reference#1 - BOX 64 |
| 5. | **1ZE5H77T0316201251** | 42.0 lbs (42.0 lbs billable) | Other Packaging | | Reference#1 - BOX 65 |
| 6. | **1ZE5H77T0309415669** | 28.0 lbs (28.0 lbs billable) | Other Packaging | | Reference#1 - BOX 66 |
| 7. | **1ZE5H77T0308463672** | 32.0 lbs (32.0 lbs billable) | Other Packaging | | Reference#1 - BOX 67 |
| 8. | **1ZE5H77T0313601280** | 12.0 lbs (12.0 lbs billable) | Other Packaging | | Reference#1 - BOX 68 |
| 9. | **1ZE5H77T0310844498** | 12.0 lbs (12.0 lbs billable) | Other Packaging | | Reference#1 - BOX 69 |
| 10. | **1ZE5H77T0301569302** | 23.0 lbs (23.0 lbs billable) | Other Packaging | | Reference#1 - BOX 70 |
| 11. | **1ZE5H77T0308111711** | 26.0 lbs (26.0 lbs billable) | Other Packaging | | Reference#1 - BOX 71 |
| 12. | **1ZE5H77T0315367727** | 26.0 lbs (26.0 lbs billable) | Other Packaging | | Reference#1 - BOX 72 |
| 13. | **1ZE5H77T0308393337** | 34.0 lbs (34.0 lbs billable) | Other Packaging | | Reference#1 - BOX 73 |
| 14. | **1ZE5H77T0306004546** | 27.0 lbs (27.0 lbs billable) | Other Packaging | | Reference#1 - BOX 74 |

### ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**                    UPS Ground Service

**Shipping Fees Subtotal:**

**Show Shipping Fees Subtotal Details**

### ④ PAYMENT INFORMATION

**Bill Shipping Charges to:**              Visa xxxxxxxxxxxx1726

**Associated shipper's account:**          Shipper's Account E5H77T

| | |
|---|---|
| **Shipping Charges:** | 847.16 l |
| **Subtotal Shipping Charges:** | 847.16 l |
| **Total Charged:** | 847.16 l |

⟨ 1 / 2 ⟩                                                                                      ⊗

**Super Bowl LII May Impact Areas of Minneapolis, MN  ...More (/us/en/service-alerts.page?id=alert1)**

QUICK START ▼                                                             🔍   ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

## Shipping

# Create A Shipment

---

## Shipment Details

This page shows the shipment history details for the shipment you selected.

---

### ① ADDRESS INFORMATION

**Ship To:**

MALTZ AUCTIONS
INC.
MALTZ AUCTIONS
39 WINDSOR PLACE
CENTRAL
ISLIP NY 117223301
Telephone:51634970
22
email:dc@maltzaucti
ons.com

**Ship From:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

**Return Address:**

NICOLE WRIGHT
7863 GIRARD
AVENUE
LA JOLLA CA 92037
Telephone:85879285
00

---

### ② PACKAGE INFORMATION

| | TRACKING NUMBER | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBER |
|---|---|---|---|---|---|
| 1. | 1ZE5H77T0310377350 | 42.0 lbs (42.0 lbs billable) | Other Packaging | | Reference#1 - BOX 75 |
| 2. | 1ZE5H77T0312647760 | 22.0 lbs (22.0 lbs billable) | Other Packaging | | Reference#1 - BOX 76 |



| | | | | | |
|---|---|---|---|---|---|
| 3. | 1ZE5H77T0314511778 | 48.0 lbs (48.0 lbs billable) | Other Packaging | | Reference#1 - BOX 77 |
| 4. | 1ZE5H77T0305825385 | 62.0 lbs (62.0 lbs billable) | Other Packaging | | Reference#1 - BOX 78 |
| 5. | 1ZE5H77T0318204594 | 20.0 lbs (20.0 lbs billable) | Other Packaging | | Reference#1 - BOX 79 |
| 6. | 1ZE5H77T0314625404 | 26.0 lbs (26.0 lbs billable) | Other Packaging | | Reference#1 - BOX 80 |
| 7. | 1ZE5H77T0315023811 | 17.0 lbs (17.0 lbs billable) | Other Packaging | | Reference#1 - BOX 81 |
| 8. | 1ZE5H77T0317895822 | 17.0 lbs (17.0 lbs billable) | Other Packaging | | Reference#1 - BOX 82 |
| 9. | 1ZE5H77T0317897437 | 41.0 lbs (41.0 lbs billable) | Other Packaging | | Reference#1 - BOX 83 |
| 10. | 1ZE5H77T0319444645 | 38.0 lbs (38.0 lbs billable) | Other Packaging | | Reference#1 - BOX 84 |

## ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**                    UPS Ground Service

**Shipping Fees Subtotal:**

**Show Shipping Fees Subtotal Details**

## ④ PAYMENT INFORMATION

**Bill Shipping Charges to:**          Visa xxxxxxxxxxxxx1726

**Associated shipper's account:**       Shipper's Account E5H77T

| | |
|---|---|
| **Shipping Charges:** | 704.58 U |
| **Subtotal Shipping Charges:** | 704.58 U |
| **Total Charged:** | 704.58 U |

## ⑤ PRINTING PREFERENCES (FOR VIEW/PRINT RECEIPT)

☑ Print label instructions



**E-mail address:**
dc@maltzauctions.com

*Credit Card Additional Charges*
Notification date    **February 10, 2018**
Reference number 00230367590681

Page 1 of 3

2029A00230367592

For questions about your invoice, call:
(800) 811-1648
Monday - Friday
8:00 a.m. - 9:00 p.m. E.T.

**MALTZ AUCTIONS**
**MALTZ AUCTIONS**
**39 WINDSOR PLACE**
**CENTRAL ISLIP, NY 11722**

**UPS Customer:**
This notice details adjustments that have been made to shipping charges originally billed to your credit card. These adjustments are for charges or credits that have occurred after the initial processing of your shipment(s). These adjustments have been applied to your credit card and will appear on your next credit card statement.

All package services are subject to the applicable origin country service terms and conditions, which can be found at **www.UPS.com.**

**Take advantage of UPS Ground on Saturday**
Saturday ground pickups mean eligible shipments arrive one-day earlier. Pickups allow businesses to extend order cutoff times and clear their docks. And customers that opt-in for pickups are eligible to receive commercial deliveries on Saturday, helping avoid stock-outs. To learn more visit **ups.com/SaturdayGround.**

*Thank you for using UPS.*
**Summary of Charges**

| Page | | Charge |
|---|---|---|
| 2 | Adjustments & Other Charges | $ 162.35 |
| **Total Additional Charges** | | **$ 162.35** |

**Dear Customer:**
**Do not Pay. Your Visa card XXXXXXXXXXXX1726 has been billed for the charges on February 10, 2018.**

*Note: This invoice may contain a fuel surcharge as described at ups.com. For more information, please visit ups.com.*



**Credit Card Additional Charges**
Notification date  **February 10, 2018**
Reference number 00230367590681

Page 2 of 3

## Adjustments & Other Charges

**Shipping Charge Corrections**  Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | 1ZE5H77T0300014411 | Ground | 11722 | 8 | 82 | 116.40 | |
| | | Ground | 11722 | 8 | 83.0 | 117.72 | 1.32 |
| | | Audited Dimensions = 26 x 23 x 23 in | | | | | |
| | | 1st ref: Box 1 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0301800033 | Ground | 11722 | 8 | 74 | 112.81 | |
| | | Ground | 11722 | 8 | 75.0 | 113.03 | 0.22 |
| | | Audited Dimensions = 26 x 25 x 19 in | | | | | |
| | | 1st ref: Box 3 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0303004097 | Ground | 11722 | 8 | 4 | 17.43 | |
| | | Ground | 11722 | 8 | 9.0 | 22.98 | 5.55 |
| | | Audited Dimensions = 16 x 10 x 9 in | | | | | |
| | | 1st ref: box 29 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0305724190 | Ground | 11722 | 8 | 2 | 12.78 | |
| | | Ground | 11722 | 8 | 3.0 | 16.01 | 3.23 |
| | | Audited Dimensions = 14 x 7 x 5 in | | | | | |
| | | 1st ref: box 39 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0307785157 | Ground | 11722 | 8 | 2 | 12.78 | |
| | | Ground | 11722 | 8 | 4.0 | 17.43 | 4.65 |
| | | Audited Dimensions = 16 x 9 x 4 in | | | | | |
| | | 1st ref: Box 55 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0307879369 | Ground | 11722 | 8 | 2 | 12.78 | |
| | | Ground | 11722 | 8 | 3.0 | 16.01 | 3.23 |
| | | Audited Dimensions = 14 x 7 x 5 in | | | | | |
| | | 1st ref: box 36 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0309129059 | Ground | 11722 | 8 | 60 | 107.82 | |
| | | Ground | 11722 | 8 | 67.0 | 111.05 | 3.23 |
| | | Audited Dimensions = 23 x 23 x 21 in | | | | | |
| | | 1st ref: Box 45 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |
| | 1ZE5H77T0310304884 | Ground | 11722 | 8 | 4 | 17.43 | |
| | | Ground | 11722 | 8 | 7.0 | 20.75 | 3.32 |
| | | 1st ref: box 28 | | | | | |
| | | Sender : MALTZ AUCTIONS MALTZ AUCTIONS CENTRAL ISLIP NY 11722 | | | Receiver: Maltz Auctions Maltz Auctions Inc. CENTRAL ISLIP NY 11722 | | |



*Credit Card Additional Charges*
Notification date  **February 10, 2018**
Reference number 00230367590681

Page 3 of 3

## Adjustments & Other Charges

**Shipping Charge Corrections** (continued)   Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|
| 01/29 | 1ZE5H77T0310644249 | Ground | 11722 | 8 | 60 | 107.82 | |
| | | Ground | 11722 | 8 | 66.0 | 110.85 | 3.03 |
| | | Audited Dimensions = 24 x 24 x 19 in | | | | | |
| | | 1st ref: Box 44 | | | | | |
| | | Sender : MALTZ AUCTIONS | | Receiver: Maltz Auctions | | | |
| | | MALTZ AUCTIONS | | Maltz Auctions Inc. | | | |
| | | CENTRAL ISLIP NY 11722 | | CENTRAL ISLIP NY 11722 | | | |
| | 1ZE5H77T0313844143 | Ground | 11722 | 8 | 12 | 31.05 | |
| | | Ground | 11722 | 8 | 14.0 | 35.54 | 4.49 |
| | | 1st ref: box 34 | | | | | |
| | | Sender : MALTZ AUCTIONS | | Receiver: Maltz Auctions | | | |
| | | MALTZ AUCTIONS | | Maltz Auctions Inc. | | | |
| | | CENTRAL ISLIP NY 11722 | | CENTRAL ISLIP NY 11722 | | | |
| | 1ZE5H77T0313862427 | Ground | 11722 | 8 | 74 | 112.81 | |
| | | Ground | 11722 | 8 | 110.0 | 149.47 | |
| | | Audited Dimensions = 27 x 26 x 26 in | | | | | |
| | | Large Package Surcharge | | | | 80.00 | |
| | | Additional Handling | | | | -12.00 | 104.66 |
| | | 1st ref: Box 2 | | | | | |
| | | Sender : MALTZ AUCTIONS | | Receiver: Maltz Auctions | | | |
| | | MALTZ AUCTIONS | | Maltz Auctions Inc. | | | |
| | | CENTRAL ISLIP NY 11722 | | CENTRAL ISLIP NY 11722 | | | |
| | 1ZE5H77T0314766477 | Ground | 11722 | 8 | 82 | 116.40 | |
| | | Ground | 11722 | 8 | 92.0 | 126.87 | 10.47 |
| | | Audited Dimensions = 29 x 29 x 18 in | | | | | |
| | | 1st ref: Box 7 | | | | | |
| | | Sender : MALTZ AUCTIONS | | Receiver: Maltz Auctions | | | |
| | | MALTZ AUCTIONS | | Maltz Auctions Inc. | | | |
| | | CENTRAL ISLIP NY 11722 | | CENTRAL ISLIP NY 11722 | | | |
| 01/30 | 1ZE5H77T0314511778 | Ground | 11722 | 8 | 48 | 95.68 | |
| | | Ground | 11722 | 8 | 65.0 | 110.63 | 14.95 |
| | | 1st ref: Box 77 | | | | | |
| | | Sender : MALTZ AUCTIONS | | Receiver: Maltz Auctions | | | |
| | | MALTZ AUCTIONS | | Maltz Auctions Inc. | | | |
| | | CENTRAL ISLIP NY 11722 | | CENTRAL ISLIP NY 11722 | | | |

| **Total Shipping Charge Corrections** | | 13 Package(s) | | **162.35** |
|---|---|---|---|---|
| **Total Adjustments & Other Charges** | | | | **162.35** |

NYS DOT# 34706

**KEATING MOVING AND STORAGE INC.**
15 EAST MALL
PLAINVIEW NY 11803
(516) 692-4077

ORDER NO. _2018219_
DATE _5/8/18_
THIS ESTIMATE EXPIRES

| | |
|---|---|
| SHIPPER _Maltz Auctions_ | CONSIGNED TO |
| ADDRESS _502 Bedford St._ | ADDRESS _39 Windsor Place_ |
| FLOOR ____ ELEV. ___ TEL. | FLOOR ___ ELEV. ___ TEL. |
| CITY _East Islip_ STATE _Mass_ | CITY _Central Islip_ STATE _NY, 11722_ |

SHIPPER'S DESTINATION CONTACT _____
PACKING DATE REQUESTED _____   LOADING DATE REQUESTED _____   DELIVERY DATE OR PERIOD OF TIME REQUESTED _____

CONDITIONS AT ORIGIN

_Re Yoga Smoga_

CONDITIONS AT DESTINATION

_2 Trucks w/ Pickup_
_0 guys off_

ST - Straight Time                                                    OT - Overtime
SR: Service Requested            SNR: Service Not Requested            CNK: Conditions Not Known

| SR | SNR | TRANSPORTATION SERVICES REQUESTED | ST | OT |
|---|---|---|---|---|
| | | BETWEEN PRIVATE HOMES & APTS. | | |
| ✓ | | _2 hrs_ | | |
| | | CARTAGE TO STORAGE | | |
| | | Loose | | |
| | | Containerized | | |
| | | CARTAGE FROM STORAGE | | |
| | | Loose | | |
| | | Containerized | | |
| | | STORAGE IN TRANSIT | | |

| SR | SNR | ORIGIN SERVICES REQUESTED | ST | OT |
|---|---|---|---|---|
| | | Packing Material (loan) | | |
| | | Packing Material (delivery) | | |
| | | Packing Material (supply) | | |
| | | Packing | | |
| | | Additional Labor   Men   Hrs. | | |
| | | Piano ☐ Grand ☐ Upright | | |
| | | Articles Over 300 Lbs. | | |
| | | Stair Carry   Flights | | |
| | | Elevator | | |
| | | Excessive Distance   Ft. | | |
| | | Rigging, Hoisting or Lowering | | |
| | | Extra Pickup | | |
| | | Waiting Time   min. | | |
| | | OTHER SERVICES (specify) | | |

| CNK | SR | SNR | DESTINATION SERVICES REQUESTED | ST | OT |
|---|---|---|---|---|---|
| | | | Unpacking | | |
| | | | Additional Labor   Men   Hrs. | | |
| | | | Piano ☐ Grand ☐ Upright | | |
| | | | Articles Over 300 Lbs. | | |
| | | | Stair Carry   Flights | | |
| | | | Elevator | | |
| | | | Excessive Distance   Ft. | | |
| | | | Rigging, Hoisting or Lowering | | |
| | | | Extra Delivery | | |
| | | | Waiting Time   min. | | |
| | | | OTHER SERVICES (specify) | | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**MALTZ AUCTIONS**
AUCTION, APPRAISAL SERVICES
39 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

Signature Bank
97 Broadway
Brooklyn, NY 11249

1-1357
260

**4478**

5/16/2018

PAY TO THE
ORDER OF    KEATING MOVING AND STORAGE INC                    $ **4,700.00

Four Thousand Seven Hundred and 00/100************************************************    DOLLARS

KEATING MOVING AND STORAGE INC
15 EAST MALL
PLAINVIEW NY 11803

_Patricia Torino_

MEMO    ORDER # 2018219 / YOGA SMOGA        🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈004478⑈

Customer's Signature

[  ] Charge  [  ] Prepaid  [  ] C.O.D.

| | |
|---|---|
| Written Binding Estimate Charge (for transportation & accessorial service) | |
| Charge for Insurance Coverage | |
| TOTAL CHARGE | |
| Prepayment Collected By | |
| BALANCE DUE | _$4,700_ |

PAYMENT IN CASH OR CERTIFIED CHECK, MONEY ORDER,
TRAVELER'S CHECK OR CASHIER'S CHECK.

SHIPPER MUST SIGN FORM ON REVERSE SIDE AND READ "IMPORTANT NOTICE"

MILBURN PRINTING • 800-999-6690 • www.milburnprinting.com                    FORM # 4899

**ELRAC, LLC, 786-I GRAND BLVD., DEER PARK, NY 117295791 (631) 595-2900**

**RENTAL AGREEMENT REF#**
112120        2HLGKV    **SUMMARY OF CHARGES**

**RENTER**
CONSTANTINO, DAVID

**ADDITIONAL DRIVER**
FISHER, DANIEL

**DATE & TIME OUT**
06/05/2018  05:00 PM

**DATE & TIME IN**
06/07/2018  10:07 AM

**BILLING CYCLE**
24-HOUR

**CAR CLASS CHARGED**
SKAR

**VEH #1 2018 CHEV E25C SWB**
VIN# 1GCWGAFP6J1216916
LIC# 33276ML
MILES DRIVEN 100
CAR CLASS: RKAR

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 06/05 - 06/07 | 2 | DAY | $76.85 | $153.70 |
| DW | 06/05 - 06/07 | 2 | DAY | $11.99 | $23.98 |
| PAI/PEC | 06/05 - 06/07 | 2 | DAY | $7.40 | $14.80 |
| SLP | 06/05 - 06/07 | 2 | DAY | $16.50 | $33.00 |
| ADDITIONAL DRIVER FEE | 06/05 - 06/07 | 2 | DAY | $3.00 | $6.00 |
| REFUELING CHARGE | 06/05 - 06/07 | | | | $0.00 |
| | | | | Subtotal: | $231.48 |
| **Taxes & Surcharges** | | | | | |
| SALES TAX | 06/05 - 06/07 | | | 8.625% | $13.77 |
| | | | | Total Charges: | $245.25 |
| **Bill-To / Deposits** | | | | | |
| DEPOSITS | | | | | ($245.25) |

**Total Estimated Amount Due**                                   **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID    TYPE**              **CREDIT CARD NUMBER**
$245.25         Visa                xxxxxxxxxxxx3845

**WELCOME TO**
**ALLTOWN #838**
I-95 N.BOUND EX 11-12
DARIEN CT, 06820
120984
ALLTOWN
I95 Northbound
Darien Ct 06820

| Description | Qty | Amount |
|-------------|-----|--------|
| REGULAR CR #07 | 22.563G | 74.89 |
| SELF @ 3.319/ G | | |

|  | Subtotal | 74.89 |
|--|----------|-------|
|  | Tax | 0.00 |
| **TOTAL** | | **74.89** |
|  | CREDIT $ | 74.89 |

Visa
************3845
Entry Method: Swiped
Auth #: 037636
Resp Code:
Stan: 04834413594
Invoice #: 270029
Store # 9742396
SITE ID: 120984
TERMINAL ID: 001

THANK YOU
FOR
SHOPPING
PLEASE VISIT
AGAIN
ST# 838    TILL XXXX DR# O TRAN# 9075154
CSH: 0              06/06/18 09:56:22



>06476 91666640 P01UD CG01 51155                                    06/26/2018
**DAVID CONSTANTINO**
1 PLYMOUTH RD
MASSAPEQUA, NY 11758-0000

Dear Enterprise Customer,
We recently were notified by a toll authority or another agency that your rental vehicle incurred a citation or toll during your
rental period. As a result, and in order to help you avoid additional charges and/or penalties, we are immediately paying the
Invoice Amount Due on your behalf. However, in accordance with the terms of your rental agreement, you are responsible for
all citations and toll charges incurred during your rental period.

In addition, as provided by your rental agreement we are assessing a fee, which is applied towards the costs of administering
citations and tolls. We will be assessing these charges and the fee (plus applicable taxes and/or surcharges) to your credit
card within seven days of this letter.

Please see below for more details:

| **Invoice/Notice Information** | | **Contract Information** | |
|---|---|---|---|
| **Issuing Agency** | : Regional Toll Authority | **Renter Name** | : CONSTANTINO* DAVID* |
| **Invoice Number** | : E71914827 | **Renter Address** | : 1 PLYMOUTH RD |
| **Date/Time of Occurrence** | : 06/06/2018 @ 09:10 AM | | MASSAPEQUA, NY 11758-0000 |
| **Location of Occurrence** | : MTAB&T | | |
| **Plate Number** | : 33276ML | **Rental Agreement Number** | : 2HLGKV |
| **Plate State** | : New York | **Contract Open Dte/Time** | : 06/05/2018 @ 05:00 PM |
| **Invoice Amount Due** | : $17.00 | **Contract Close Dte/Time** | : 06/07/2018 @ 10:07 AM |
| **Fee Due** | : $3.95 | **Credit Card Number** | : 3845 |
| **Invoice Type** | : VIDEO TOLL | | |



**Total Amount Due: $20.95**
Our goal is to handle these types of citations and toll charges as promptly and fairly as possible. If the invoice number above
begins with the letter E and the issuing agency is "Regional Toll Authority", you may visit  www.htallc.com/tollpass to obtain
detailed toll listings.  For all other inquiries or to file an appeal, you may visit www.enterprise.com/CitationFAQ or call 800-935-
0112.
Sincerely,
Customer Service Department



```
                         oss Sound Ferry
                           2 Ferry St
                        New London, CT 06320
                         (860) 443-5281
                         Terminal ID:N3


Agent:S  PEZ   Loc:NT          Trans:22457126
1 20' LG AUTO                         $59.00
Discount                             $0.00-

                                     $59.00
1 Sub Total                          $0.00
Surcharge                            $0.00-
Total Discount                       $59.00
Total                        *********4***38'
Visa No                              $59.00
Visa Amount Received                 $0.00
Change

              APP: CAPITAL ONE VISA
               AID: A0000000031010
               TVR: 0080008000
               IAD: 06010A 3602002
               ARC: 00 MODE
              * ? 2 4 5 7 1 2 6 *
                 Thank You

          Wednesday, 6/6/2018 3:01 PM
```

Re YoGa SmoGA



CENTRAL ISLIP,NY 11722 631-234-2670
CAROLYN OTERO STORE MANAGER

6955  00005  68105    05/10/18  01:55 PM
CASHIER LIASIA

851414002179 MEDIUM BOXES <A>
    MEDIUM BOX 18"X18"X16
    30@1.36                          40.80

        SUBTOTAL           40.80
        SALES TAX           3.52
        TOTAL            $44.32
        CASH             100.00
            CHANGE DUE      55.68



6955 05 68105 05/10/2018 9215

RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
A        1       90        08/08/2018
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR

Re: YoGA SmoGA




CENTRAL ISLIP,NY 11722 631-234-2670
CAROLYN OTERO STORE MANAGER

6955  00057  90290    05/09/18  03:30 PM
SELF CHECK OUT

851414002179 MEDIUM BOXES <A>
    MEDIUM BOX 18"X18"X16
    20@1.36                          27.20

        SUBTOTAL           27.20
        SALES TAX           2.35
        TOTAL            $29.55
        CASH             100.00
            CHANGE DUE      70.45



6955 57 90290 05/09/2018 7206

RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
A        1       90        08/07/2018
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
        DETAILS.

    BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
    READY IN LESS THAN 2 HOURS!
**************************************

**Pepperell Mills, LP.  Inc.**
502 Bedford Street,
P.O. Box 1671
Fall River, MA 02722

INVOICE#    20

| SALESPERSON | INVOICE DATE 07/30/18 |
|-------------|-----------------------|

SHIP TO:

TO
Maltz Auctions
Richard B. Maltz, CAI, CES
39 Windsor Place
Central Islip, NY  11722

| ACCT# | SHIP DATE 06/30/18 | SHIPPED VIA | TERMS Upon Receipt | PURCHASE ORDER # |
|-------|--------------------|-------------|--------------------|------------------|

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|-----|-------------|------------|--------|
| 3 | Fabric Storage YogaSmoga | 500.00 | 1,500.00 |
| | | | |
| | | | |
| | | TOTAL | $ 1,500.00 |

WEIGHT _____ Lbs

CARTONS _____

No returns accepted  without verbal or written authorization
Overdue accounts subject to late charges of 1.5% per month
which is an annual percentage rate of 18%

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                            Case No.16-13538-MEW
                                                                 Chapter 7

      YOGA SMOGA, INC.,

              Debtor.
------------------------------------------------------------X

STATE OF NEW YORK    )
                      ) ss:
COUNTY OF SUFFOLK    )

David A. Constantino, being duly sworn, deposes and says;

I reside in Massapequa, New York, I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter.

Prior to the July 19, 2018 auction sale I coordinated the shipping of the 84 boxes of inventory from California to Central Islip, New York, and worked 1.75 hours. I reviewed marketing materials for print and internet advertising and worked 1.5 hours. On July 19, 2018 I assisted at the public auction sale, handled bookkeeping, and processed payments from successful bidders and worked 2.5 hours. I worked a total of 5.75 hours at the rate of $45.00 per hour. This rate represents a portion of the gross my employer pays excluding taxes, insurances and benefits. My labor expenses associated with the efforts put forth pertaining to this matter were $258.75.

                                              _/s/ David A. Constantino_____
                                              David A. Constantino

Sworn to before me this
20th day of July, 2018

 _/s/ Debra A. Donovan_
Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                                                    Case No.16-13538-MEW
                                                                          Chapter  7
         YOGA SMOGA, INC.,

                        Debtor.
------------------------------------------------------X


STATE OF NEW YORK          )
                                              ) ss:
COUNTY OF SUFFOLK          )

Robert J. Gangi, being duly sworn, deposes and says;

I reside in Baldwin, New York, I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter.

Prior to the July 19, 2018 auction, I prepared marketing materials for print and internet advertising, prepared and sent asset specific flyers to potential buyers from targeted mailing lists and our proprietary database on two separate occasions and worked 6.25 hours.  I performed data entry of Assets into the computer and prepared the auction catalogs, and worked 2.75 hours.  I handled telephone calls and/or email correspondence from interested parties pertaining to the auction, and provided them with/directed them to the due diligence materials, and/or explaining the auction process and prepared absentee bid forms for interested parties not able to attend the physical auction, and worked 2.25 hours. On July 19, 2018 I assisted at the public auction sale and worked 1.75 hours.  I worked a total of 13 hours at a rate of $46.00 per hour.  This rate represents a portion of the gross my employer pays excluding taxes, insurances and benefits.  My labor expenses associated with the efforts put forth pertaining to this matter were $598.00.

                                                                    _____
                                                                    Robert J. Gangi

Sworn to before me this
20th day of July, 2018

_____
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                              Case No.16-13538-MEW
                                                                    Chapter 7

      YOGA SMOGA, INC.,

             Debtor.
-----------------------------------------------------------------X


STATE OF NEW YORK    )
                  ) ss:
COUNTY OF SUFFOLK   )

Debra A. Donovan, being duly sworn, deposes and says;

I reside in Coram, New York, I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter.

Prior to the July 19, 2018 auction, I coordinated with Heather Nicole Wright in the packing and transporting of the debtor's assets located in California, and coordinated scheduling viewings of the approximately 37,000 yards of fabric located in Massachusetts with interested parties, and worked 4.25 hours. I handled telephone calls and/or email correspondence from interested parties pertaining to the auction, and provided them with/directed them to the due diligence materials, and/or explaining the auction process, and conducted marketing telephone calls and placed follow up phone calls to interested parties, and worked 2.5 hours. Following the auction, I worked on post auction bookkeeping and prepared the report or sale, and worked 3.25 hours. I worked a total of 10 hours at the rate of $46.00 per hour. This rate represents a portion of the gross my employer pays excluding taxes, insurances and benefits. My labor expenses associated with the efforts put forth pertaining to this matter were $460.00.

                                                             Debra A. Donovan

Sworn to before me this
20th day of July, 2018

Debra L. Dill
Notary Public, State of New York
No. 01DI5075800
Qualified in Suffolk County
Commission Expires April 7, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                          Case No.16-13538-MEW
                                                                Chapter 7

        YOGA SMOGA, INC.,

                        Debtor.

---------------------------------------------------------X


STATE OF NEW YORK        )
                                )  ss:
COUNTY OF SUFFOLK        )

Daniel Fisher, being duly sworn, deposes and says;

I reside in Deer Park, New York.  My services were retained as a subcontractor by Maltz Auctions, Inc., and the following

efforts were taken in connection with the above captioned matter.

On June 6, 2018 I packed and transported finished goods from 502 Bedford Street, Fall River, Massachusetts to Central Islip,

New York, worked 11.5 hours at the rate of $19.56 for 8 hours and $29.34 for 3.5 hours and was paid the sum of $259.17.

Prior to the July 19, 2018 sale I sorted and counted the inventory into lots for sale, and worked 32 hours.  On July 19, 2018 I

assisted at the public auction sale and worked 3 hours.  I was paid the rate of $19.56 for 35 hours and paid an additional

$684.60 for these services.

I was paid the total sum of $943.77 for my labor expenses associated with the efforts put forth pertaining to this matter.  I

worked exclusively on this sale and no other matter during this time.


                                                        Daniel Fisher


Sworn to before me this
20th day of July, 2018


Debra A. Donovan
Notary Public, State of New York
No.01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                                    Case No.16-13538-MEW
                                                                          Chapter 7

     YOGA SMOGA, INC.,

             Debtor.

------------------------------------------------------X

STATE OF NEW YORK    )
                      ) ss:

COUNTY OF SUFFOLK    )

Richard Suss, being duly sworn, deposes and says;

I reside in Rockville Centre, New York, I am employed by Maltz Auctions, Inc., and the following efforts were taken in connection with the above captioned matter.

On November 30, 2017, I conducted an initial inspection of the assets located at 502 Bedford Street, Fall River, Massachusetts. I prepared a general listing of the assets, took photographs, and returned with several samples of the finished product for future marketing, worked 13.75 hours and was paid the sum of $500.00. On February 20 and 21, 2018 I worked sorting and cataloging the inventory for the auction sale, worked 12 hours and was paid the sum of $375.00.

My labor expenses associated with the efforts put forth pertaining to this matter were $875.00.

                                                  Richard Suss

Sworn to before me this
20th day July, 2018

Debra A. Donovan
Notary Public, State of New York
No. 01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                                              Case No.16-13538-MEW
                                                                    Chapter  7

          YOGA SMOGA, INC.,

                              Debtor.

---------------------------------------------------------X

STATE OF NEW YORK          )
                                              ) ss:
COUNTY OF SUFFOLK          )

Keith Dill, being duly sworn, deposes and says;

I reside in Lindenhurst, New York.  My services were retained as a subcontractor by Maltz Auctions, Inc., and the following

efforts were taken in connection with the above captioned matter.

Prior to the July 19, 2018 auction sale I sorted, and counted the inventory into lots for sale, and worked 118 hours.  On July 19,

2018 I assisted at the public auction sale and worked 3 hours.  I worked a total of 121 hours and was paid the rate of $20.08

per hour, for the sum of $2,429.68 for my labor expenses associated with the efforts put forth pertaining to this matter.  I

worked exclusively on this sale and no other matter during this time.

                                                                              Keith Dill

Sworn to before me this
20th day of July, 2018

Debra A. Donovan
Notary Public, State of New York
No.01DO6003880
Qualified in Suffolk County
Commission Expires March 9, 2022



# MALTZ AUCTIONS

AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS

### WWW.MALTZAUCTIONS.COM

United States Bankruptcy Court - Eastern District of New York - In Re: Yoga Smoga, Inc.. - Case No. 16-13538-MEW

# BANKRUPTCY SALE
## Currently Seeking Offers
## Turn-Key Business Opportunity
## Luxury Athleticwear Company

**Assets of Yoga Smoga Athletic/Yoga Apparel Company:**

- **Finished Goods in Massachusetts (Estimated):**
- 16,000 Pieces of Assorted Finished Apparel
- $1,399,000 Estimated Retail Value of Finished Apparel
- 9,400 Yoga Store Bags
- Please Download Attached Inventory List
- Assorted Samples Available for Viewing at Maltz's Office in Long Island, NY
- **37,000 Yards (Est.) of High-End Fabric in Massachusetts**
- **Intellectual Property:**
- Goodwill Associated with Yoga Smoga Brand
- Domain YogaSmoga.com & Web Site Design
- Multiple Trademarks: Registered & Pending in the US & Abroad
- Customer List (To Extent Permitted by Court)

*Currently Seeking Offers, Call Richard Maltz at 516.349.7022 x 202*



**YOGA**SMOGA™

# www.MaltzAuctions.com

Yann Geron, Chapter 7 Trustee
Reitler Kailas & Rosenblatt LLC, Attorneys for the Chapter 7 Trustee
Richard B. Maltz, Auctioneer, DCA #1240836 • David A. Constantino, Auctioneer DCA #1424944

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*
39 Windsor Place, Central Islip, NY 11722 · 516.349.7022 · info@MaltzAuctions.com



# MALTZ AUCTIONS
### AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
### WWW.MALTZAUCTIONS.COM

United States Bankruptcy Court - Eastern District of New York - In Re: Yoga Smoga, Inc.. - Case No. 16-13538-MEW

# BANKRUPTCY AUCTION

## Thursday, July 19th • 11:00 am

# 15,000+ YOGA GARMENTS
## Plus Intellectual Property, Logos, Trademarks & Fabric

- The Debtor's Assets Consist of Intellectual Property, Finished Goods and Unfinished Goods and will be Offered for Sale as Follows:
- **Lot A:** All Assets in Bulk – Complete Turn-Key Opportunity (Intellectual Property, Finished Goods & Unfinished Goods)
- **Lot B:** Intellectual Property (Logos, Trademarks, and Trade Name "Yoga Smoga, Inc.")
- **Lot C:** Bulk Bid on Finished Goods
- **Lot D:** Bulk Bid on Unfinished Goods/Fabric (Est. 37,000 Yards)
- **Lot E:** 15,000+ Garments (Finished Goods) Sold in Lots.

Backpacks, Bras, Crop Bottoms, Hoodies, Jackets, Leggings, Mat Bags, Pants, Polos, Pullovers, Sandals, Shorts, Tank Tops, T-Shirts & More…



**YOGASMOGA™**

**Inspection/Viewing – Finished Goods:** Morning of the Auction from 9:00 am – 11:00 am, at 39 Windsor Place, Central Islip, NY 11722.
**Inspection/Viewing – Unfinished Goods/Fabric:** Available by appointment in Fall River, Massachusetts.
**Auction Date & Time:** Thursday, July 19, 2018 at 11:00 am.
**Auction Location:** 39 Windsor Place, Central Islip, NY 11722.
**Terms:** 25% Cash or Bank Check Deposit. Please Download the complete Terms & Conditions of Sale.



# www.MaltzAuctions.com

**Yann Geron, Chapter 7 Trustee • Reitler Kailas & Rosenblatt LLC, Attorneys for the Chapter 7 Trustee**
Richard B. Maltz, Auctioneer, DCA #1240836 • David A. Constantino, Auctioneer DCA #1424944

## AUCTIONS...YOUR LIQUIDITY SOLUTION®
**39 Windsor Place, Central Islip, NY 11722 · 516.349.7022 · info@MaltzAuctions.com**

7/19/2018                    Fwd: SL360 Order Confirmation:P0335203 (Yoga July V2) - bgangi@maltzauctions.com - Maltzauctions.com Mail



**SL360**                                                       **800-399-8611**
Data Marketing in the Cloud

Hi Rich,

Thank you for ordering from SL360™. Below are the details of your order. Your list is currently being processed and when it is finished you will receive a second email with the links to your list. Orders are fulfilled within 2-4 hours, typically under 30 minutes during normal business hours (Mon-Fri, 8am-5pm EST). Orders placed after hours from first time customers may be placed on hold for confirmation and are typically fulfilled within one business day.

If you have any questions about this order, please send an email to info@sl360.com, or you may contact a Client Service Representative directly at 800.399.8611 between 8am-5pm EST Monday through Friday. Please reference Order Number **P0335203**.

### ORDER INFORMATION:

| | |
|---|---|
| Order ID: | P0335203 |
| Order Date: | Monday, July 02, 2018 at 02:33 PM |
| Qty Available: | 613 |
| Qty Selected: | 613 |
| Total Charge: | $54.31 (charged to your VISA card) |

**LIST DETAILS:**

Type:

| | |
|---|---|
| Usage: | Single |
| Phone Option: | Exclude phone numbers |

Manufacturing

- WOMEN
- SPORTING & ATHLETIC GOODS NEC (MFRS)

Target Audience:            Retail Trade

- ATHLETIC CLOTHING-RETAIL
- SPORTING GOODS-RETAIL

**SUPPRESSION:**

**GEOGRAPHY DETAILS:**

| **Zip Code:** | 11722, Radius: 50 MILE(s) |
| **Quantity Selected:** | 613 |
| **Zip Code(s)** | **Quantity Selected** |
| 11722 | 613 |

Sincerely,

The Client Services Team
SL360™
800-399-8611
info@SL360.com
http://www.SL360.com

# miller

Miller Advertising Agency, Inc. • 220 West 42nd Street, 12th Floor • New York, New York 10036 • 212-929-2200

## INVOICE

MALTZ AUCTIONS INC.(CC) - H434
39 Windsor Place
.
Islandia, NY 11722

Client Number   022729
Invoice Number 861466 - 061
Invoice Date    07/16/18
Net 30   Page 2

Regarding
**YOGA SMOGA**

| Media | Description | Ad Number | Insert Dates | Ad Size | Times | Rate | Amount |
|-------|-------------|-----------|--------------|---------|-------|------|--------|
| NEW YORK TIMES | SALE JULY 1> | R716002918 | 07/08 | 13.00 | 1 | 25.75 | 334.75 |
| | | | **NEW YORK TIMES TOTAL** | | | | **$334.75** |

**INVOICE TOTAL  $334.75**

Payments are to be made payable to: Miller Advertising Agency, Inc.

Internet : http://www.milleraa.com                    EMail : narchibald@milleraa.com

# Miller Advertising Agency, Inc.
### 220 West 42nd Street • New York, New York  10036 • 212-929-2200
## PROOF OF INSERTIONS

8888
Display Ad
NEW YORK TIMES
07/08



***THESE PROPOSED TERMS AND CONDITIONS OF SALE REMAIN SUBJECT TO THE
APPROVAL OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK***

---

## YOGA SMOGA, INC., DEBTOR; CASE NO. 16-13538-MEW
### TERMS AND CONDITIONS OF SALE

1.      These Terms and Conditions of Sale are promulgated in connection with the public auction sale (the "Auction Sale") of the assets of the estate identified herein (the "Assets"), and all sale terms or procedures not specifically described herein shall be at the sole discretion of Yann Geron (the "Trustee"), as chapter 7 trustee of the estate (the "Estate") of Yoga Smoga, Inc. (the "Debtor"), whose chapter 7 case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), under case no. 16-13538-MEW. The Auction Sale is conducted pursuant to Section 363 of the Bankruptcy Code.

2.      **The Assets to be sold at the Public Auction Sale consist of the following lots (the "Lots"):**

      A.  Entirety Bid ("Lot A"):  The Debtor's intellectual property including logos, trademarks and trade name of said business, to-wit, "Yoga Smoga, Inc."; all of the finished inventory located at Maltz Auctions Inc.'s (the "Auctioneer") warehouse at 39 Windsor Place, Central Islip, New York 11722 (the "NY Premises"); and all of the unfinished inventory/raw materials located at 502 Bedford Street, Fall River, Massachusetts (the "MA Premises").

      B.  Intellectual Property Bid ("Lot B"):  The Debtor's intellectual property including logos, trademarks and trade name of said business, to-wit, "Yoga Smoga, Inc."

      C.  Bulk Unfinished Inventory Bid ("Lot C"):  A bulk bid consisting of all unfinished inventory/ raw materials of the Debtor located at the MA Premises.

      D.  Bulk Finished Inventory Bid ("Lot D"):  A bulk bid consisting of all finished inventory of the Debtor located at the NY Premises.

      E.  Lots Bids ("Lot E"):  Bids on individual lots of the finished inventory of the Debtor located at the NY Premises, which will be further identified in the Auctioneer's auction catalog.

3.      The Sale of the Assets will take place on July 19, 2018 (the "Auction Date") at 11:00 a.m. at the NY Premises. For further details pertaining to the Auction Sale of the Assets, please visit the Auctioneer's website, www.MaltzAuctions.com or contact the Auctioneer at (516) 349-7022.

4.      All bidders must deliver to the Auctioneer a minimum 25% deposit (the "Deposit") by bank check, certified funds or wire transfer upon knockdown of the bid(s).

5.    All bidders hereby acknowledge that they are not related in any way to the Trustee, the Auctioneer, or the Trustee's retained professionals (Reitler Kailas & Rosenblatt LLC and EisnerAmper LLP).

6.    It is understood that the Assets are being sold and delivered **"AS IS" "WHERE IS", "WITH ALL FAULTS"**, without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, and free and clear of all monetary liens, claims and encumbrances of any kind or nature whatsoever with any such liens, claims, interests and encumbrances, if any, to attach to the proceeds of Sale in such order and priority as they existed immediately prior to the Sale date. All bidders acknowledge that they have conducted their own due diligence in connection with the Assets, and are not relying on any information provided by the Trustee, the Auctioneer, or the Trustee's retained professionals. The Trustee, the Auctioneer, and the Trustee's retained professionals have not made and do not make any representations, guarantees, or warranties with respect to the permissible uses of the Assets, the physical condition, or any other matter or thing affecting or related to the Assets or the Sale, that might be pertinent to the purchase of the Assets. All bidders hereby expressly agree and acknowledge that no such representations, guarantees, or warranties have been made. The Trustee, the Auctioneer, and the Trustee's retained professionals are not liable or bound in any manner by expressed or implied warranties, guaranties, promises, statements, representations or information pertaining to the Assets, made or furnished by Trustee, the Auctioneer, or the Trustee's professionals unless such warranties, guaranties, promises, statements, representations or information are expressly and specifically set forth in writing and acknowledged by the Trustee.

7.    The Auctioneer has been retained by an order of the Bankruptcy Court and is entitled to be paid a ten percent (10%) buyer's premium payable by the successful bidder(s). The Trustee, the Auctioneers, the Trustee's retained professionals, and the Estate are not liable or responsible for the payment of fees of any broker or agent that has not been retained by an order of the Bankruptcy Court.

8.    Nothing contained in these Terms and Conditions of Sale are intended to supersede or alter any provisions of the Bankruptcy Code or otherwise interfere with the jurisdiction of the Bankruptcy Court. The Trustee reserves the right to modify the Terms and Conditions of the Sale, including at the Sale and thereafter, consistent with the provisions of the Bankruptcy Code and/or orders of the Bankruptcy Court.

9.    All bidders represent that they have not and will not collude with any other bidders on the Assets to artificially impact the Auction Sale price. Bidder acknowledges that such activity is a crime punishable by federal law.

10.    These Terms and Conditions of Sale shall be read into the record or specifically incorporated by reference at the Auction Sale. By making a bid, all bidders shall be deemed to have acknowledged that they have read these Terms and Conditions of Sale and agree to be bound by them.

2

11.     The Trustee shall be a party to the Auction Sale of the Assets exclusively in his capacity as a bankruptcy trustee and not in his individual capacity. If the Trustee is unable to deliver title to the Assets in accordance with these Terms and Conditions of Sale for any reason whatsoever, his only obligation will be to refund the Deposit(s) to the successful bidder(s) and, upon receipt of the refund(s), the successful bidder(s) will have no recourse or claim in law and/or equity against the Trustee, the Auctioneer, the Trustee's retained professionals, or the Estate.

12.     The Trustee reserves his right to withdraw any or all of the Assets from the Auction Sale, either prior, or subsequent to the Auction Sale, for any reason whatsoever, as he deems necessary or appropriate.

13.     The Trustee has the sole discretion to determine the highest or best bid(s) for the Auction Sale of the Assets. The Auctioneer, upon consultation with the Trustee, will advise the successful bidder(s) of such status by the close of the Auction Sale. Any disputes concerning the Auction Sale shall be determined by the Bankruptcy Court. By participating in the Auction Sale, all bidders consent to the jurisdiction of the Bankruptcy Court to determine any disputes arising in connection with their bids or the resulting transactions.

## ENTIRETY BID (LOT A)

14.     Payment of the balance of the purchase price for Entirety Bid (Lot A) must be by bank check, certified funds or wire transfer, and must be paid in full within five business days of the Auction Date (the "Payment Deadline"). All instruments are to be made payable to "Maltz Auctions, Inc."

15.     Removal of all Lot A Assets from the NY Premises shall commence immediately after the Auction Sale, will be conducted between the hours of 8:00 a.m. and 4:00 p.m. weekdays only, and shall be completed by no later than five business days after the Payment Deadline (the "NY Removal Deadline").

16.     Removal of all Lot A Assets from the MA Premises shall commence on July 20, 2018, will be conducted between the hours of 8:00 a.m. and 4:00 p.m. weekdays only, and shall be completed by no later than five business days after the Payment Deadline (the "MA Removal Deadline").

## INTELLECTUAL PROPERTY BID (LOT B)

17.     Payment of the balance of the purchase price for Intellectual Property Bid (Lot B) must be by bank check, certified funds, or wire transfer, and must be paid in full within five business days of the Auction Date (the "Payment Deadline"). All instruments are to be made payable to "Maltz Auctions, Inc."

18.     Within five business days of the Payment Deadline, the Trustee will execute a quitclaim deed transferring the intellectual property to the successful bidder.

3

## INVENTORY BIDS (LOT C, D and/or E)

19.    Payment of the balance of the purchase price for Bulk Inventory Bid and/or Lot Bids (Lots C, D, and/or E) must be by bank check, certified funds or wire transfer, and must be paid within five business days of the Auction Date (the "Payment Deadline").  All instruments are to be made payable to "Maltz Auctions, Inc."

20.    Removal of all Assets from the NY Premises shall commence immediately after the Auction Sale, will be conducted between the hours of 8:00 a.m. and 4:00 p.m. weekdays only, and shall be completed by no later than two business days after the Payment Deadline (the "NY Removal Deadline").

21.    Removal of all Assets from the MA Premises shall commence on July 20, 2018, will be conducted between the hours of 8:00 a.m. and 4:00 p.m. weekdays only, and shall be completed by no later than two business days after the Payment Deadline (the "MA Removal Deadline").

## ALL ASSETS

22.    In the event that any successful bidder(s) fail(s) to comply with the terms of final payment and removal as provided for herein, the Trustee reserves the right to resell the items concerned, without any notice whatsoever to the successful bidder(s) concerned.  In such case, the Deposit(s) will be forfeited and any such successful bidder(s) will remain liable for any deficiency, as well as the costs and expenses incurred by such resale.

23.    All Assets purchased are required to be removed by the successful bidder(s) at their own cost, risk and expense from the NY Premises and the MA Premises by the respective removal deadlines detailed above.  The Trustee, the Auctioneer, the Trustee's retained professionals, and the Estate shall not have any responsibility for any assets left on the NY Premises or the MA Premises after the respective removal deadlines. Any assets left at the NY Premises or the MA Premises after the respective removal deadlines may be deemed abandoned or resold by the Trustee. The successful bidder(s) will only be authorized to remove assets purchased once full payment of the purchase price is received by the Auctioneer.  If full payment is not received by the respective payment deadlines, the Deposit(s) will be forfeited by the successful bidder(s).

I have read these Terms and Conditions of Sale and agree to be bound by them.

By:_____          Date: _____
    Name:
    Address:
    Address:
    Telephone Number:
    Email Address:

4

**Maltz Auctions, Inc.**
**39 WINDSOR PLACE**
**Central Islip, NY 11722**
**Phone: 516-349-7022**

Yoga Smoga  7/19/2018

| LOT # | | QTY | LOT # | | QTY |
|---|---|---|---|---|---|
| 1 | Yantra Tank Top | 105 | 20 | Ooh La La Twist Bra | 165 |
| 2 | Yantra Tank Top | 100 | 21 | Ooh La La Twist Bra | 135 |
| 3 | Yantra Tank Top | 100 | 22 | Ooh La La Twist Bra | 120 |
| 4 | Yantra Tank Top | 100 | 23 | Ooh La La Twist Bra | 130 |
| 5 | Yantra Tank Top | 100 | 24 | Ooh La La Twist Bra | 90 |
| 6 | Yantra Tank Top | 110 | 25 | Ooh La La Twist Bra | 89 |
| 7 | Yantra Tank Top | 150 | 26 | Portland Pant | 70 |
| 8 | Run, Jump, Play Crop | 115 | 27 | Portland Pant | 60 |
| 9 | Run, Jump, Play Crop | 110 | 28 | Asst: Run, Jump & Move Crop / Love Me Tee | 125 |
| 10 | Run, Jump, Play Crop | 120 | 29 | My Racer Back | 100 |
| 11 | Run, Jump, Play Crop | 105 | 30 | Sherpa Long Sleeve Tee | 111 |
| 12 | Run, Jump, Play Crop | 150 | 31 | Reyes Tee | 100 |
| 13 | Run, Jump, Play Crop | 110 | 32 | Reyes Tee | 100 |
| 14 | Honolulu Tank Top | 100 | 33 | Reyes Tee | 100 |
| 15 | Honolulu Tank Top | 100 | 34 | Vail Pullover | 60 |
| 16 | Honolulu Tank Top | 170 | 35 | Vail Pullover | 70 |
| 17 | Boston Tee Shirt | 110 | 36 | Pentagon Shorts | 110 |
| 18 | Boston Tee Shirt | 100 | 37 | Ooh La La Bra | 110 |
| 19 | Boston Tee Shirt | 75 | 38 | Ooh La La Bra | 150 |

**Maltz Auctions, Inc.**

Yoga Smoga  7/19/2018

| LOT # | | QTY | LOT # | | QTY |
|---|---|---|---|---|---|
| 39 | Ooh La La Bra | 120 | 60 | Portland Pants | 75 |
| 40 | Sausalito Vigor Bra | 175 | 61 | Portland Pants | 90 |
| 41 | U & Me Bra | 150 | 62 | Portland Pants | 80 |
| 42 | U & Me Bra | 150 | 63 | Tippy Toe Leggings | 100 |
| 43 | Laguna Bra | 120 | 64 | Tippy Toe Leggings | 110 |
| 44 | Laguna Bra | 75 | 65 | Tippy Toe Leggings | 100 |
| 45 | U & ME Twist Bra | 100 | 66 | Tippy Toe Leggings | 100 |
| 46 | U & ME Twist Bra | 100 | 67 | Tippy Toe Leggings | 100 |
| 47 | U & ME Twist Bra | 100 | 68 | Tippy Toe Leggings | 105 |
| 48 | Asst: Twistie Tank / Ballerina Move Crop / U & Me | 150 | 69 | Tippy Toe Leggings | 100 |
| 49 | Twistie Toe Leggings | 90 | 70 | Tippy Toe Leggings | 100 |
| 50 | Twistie Toe Leggings | 110 | 71 | Tippy Toe Leggings | 105 |
| 51 | My Stripey Racerback | 90 | 72 | Tippy Toe Leggings | 90 |
| 52 | My Stripey Racerback | 90 | 73 | Tippy Toe Leggings | 90 |
| 53 | My Stripey Racerback | 90 | 74 | Tippy Toe Leggings | 120 |
| 54 | Sunday Tee | 85 | 75 | Tippy Toe Leggings | 110 |
| 55 | Sonoma Tee | 100 | 76 | Tippy Toe Leggings | 110 |
| 56 | Sonoma Tee | 115 | 77 | Tippy Toe Leggings | 110 |
| 57 | Sonoma Tee | 135 | 78 | Tippy Toe Leggings | 110 |
| 58 | Sonoma Tee | 150 | 79 | Tippy Toe Leggings | 110 |
| 59 | Sonoma Tee | 100 | 80 | Tippy Toe Leggings | 100 |
| | | | 81 | Tippy Toe Leggings | 140 |

**Maltz Auctions, Inc.**

Page: 3

Yoga Smoga  7/19/2018

| LOT # | | QTY | LOT # | | QTY |
|---|---|---|---|---|---|
| 82 | Tippy Toe Leggings | 155 | 104 | BonJour Tee | 100 |
| 83 | Tippy Toe Leggings | 110 | 105 | BonJour Tee | 133 |
| 84 | Tippy Toe Leggings | 140 | 106 | Montauk Polo | 97 |
| 85 | Tippy Toe Leggings | 160 | 107 | Montauk Polo | 75 |
| 86 | Tippy Toe Leggings | 160 | 108 | Montauk Polo | 90 |
| 87 | Tippy Toe Leggings | 100 | 109 | Montauk Polo | 90 |
| 88 | Monsoon Tank | 130 | 110 | Newport Pants | 105 |
| 89 | Monsoon Tank | 120 | 111 | Newport Pants | 80 |
| 90 | Free & Easy Tank | 73 | 112 | Newport Pants | 100 |
| 91 | Tickle Me Tank | 131 | 113 | Twistie Tank | 120 |
| 92 | Zelus Leggings | 80 | 114 | Twistie Tank | 134 |
| 93 | Zelus Leggings | 115 | 115 | Twistie Tank | 118 |
| 94 | Zelus Leggings | 85 | 116 | Twistie Tank | 130 |
| 95 | Zelus Leggings | 80 | 117 | Twistie Tank | 75 |
| 96 | Zelus Leggings | 150 | 118 | Twistie Tank | 80 |
| 97 | Zelus Leggings | 120 | 119 | Twistie Tank | 93 |
| 98 | Zelus Leggings | 160 | 120 | Twistie Tank | 91 |
| 99 | Zelus Leggings | 155 | 121 | Twistie Tank | 167 |
| 100 | Zelus Leggings | 157 | 122 | Up to the Minute Tee | 77 |
| 101 | California Short | 120 | 123 | Vivacity Legging | 102 |
| 102 | California Short | 120 | 124 | Pentagon Shorts | 77 |
| 103 | California Short | 99 | 125 | Dharma Pant | 75 |

**Maltz Auctions, Inc.**

Yoga Smoga  7/19/2018

| LOT # | QTY | LOT # | QTY |
|---|---|---|---|
| 126  Dharma Pant | 103 | 148  My Racer Back | 100 |
| 127  Dharma Pant | 94 | 149  My Racer Back | 100 |
| 128  Dharma Pant | 99 | 150  My Racer Back | 100 |
| 129  Dharma Pant | 105 | 151  Nirvana Shorts | 124 |
| 130  Run Jump Move Crop | 205 | 152  Nirvana Shorts | 100 |
| 131  Run Jump Move Crop | 193 | 153  Nirvana Shorts | 100 |
| 132  Run Jump Move Crop | 150 | 154  Nirvana Shorts | 129 |
| 133  Run Jump Move Crop | 203 | 155  Nirvana Shorts | 115 |
| 134  Run Jump Move Crop | 157 | 156  Nirvana Shorts | 105 |
| 135  Run Jump Move Crop | 170 | 157  Asst: Cupertino / Manhattan / Huron / Tulip | 69 |
| 136  Run Jump Move Crop | 110 | 158  Asst: Waikiki / Sono / Carmel / Boulder / Brooklyn / La Jolla | 125 |
| 137  Run Jump Move Crop | 164 | 159  Asst: San Fran / Sneak n Peek / Cuddle Me / Salinas / Ballerina | 147 |
| 138  Run Jump Move Crop | 172 | 160  Asst: Erie / Sneak n Peek / Denver / Sausalito / Back Bay | 139 |
| 139  Run Jump Move Crop | 140 | 161  Asst: Sweet n Short / Run Jump / Tippy Toe / / Salinas | 210 |
| 140  Run Jump Move Crop | 150 | 162  Asst: Vivacity / Jurlea | 173 |
| 141  Venice Tee | 84 | 163  Lot of Asst. Apparel / Sandals | 1 |
| 142  Ballerina Crop | 123 | 164  Mat Bags | 218 |
| 143  Ballerina Crop | 78 | 165  Mat Bags | 270 |
| 144  My Racer Back | 100 | 166  Lot of Hangers | 1 |
| 145  My Racer Back | 100 | 167  Lot of Straps | 1 |
| 146  My Racer Back | 100 | | |
| 147  My Racer Back | 100 | | |

**Maltz Auctions, Inc.**

Yoga Smoga  7/19/2018

| LOT # | QTY |
| --- | --- |
| 168  Lot of Shopping Bags / Tags | 1 |

1/oga smoga

Log Out


**AuctionZip**
Your auction community

Home    Online Bidding    Auctioneer Directory    Auctioneer Home

AuctionZip Auctioneer ID#  ☐  **GO**

30 Miles    11722    All Categories    Keywords    **Search Auctions**

# Thank you for your order!

Please double check the information below to make sure it is correct. For questions, feel free to contact us 24/7 at (814) 623-5059.

---

**Order Date:** 01/03/2018

**Auctioneer:** Maltz Auctions Inc.

**Card:** *VISA* ending in 1726
**Exp:** 03/2022

**ListingID:** 3024496
**Auction:** ATHLETIC-WEAR COMPANY - Date TBA

### Order Summary

| | |
|---|---|
| Auction Listing | $20.00 |

**Total:**  **$20.00**

An email receipt will be sent to dc@maltzauctions.com

## PAID IN FULL

Return to Auctioneers Home

| Auction Search | Online Bidding | Quick Links | Follow Us | Search Auctions |
|---|---|---|---|---|
| Auction Calendar | Upcoming Auctions | Create Account | Follow Us | Search for auctions within 30 ▼ miles of zip code: 11722 |
| Auctioneer Directory | Online Bidding Help | Auction News | Like Us | With the following keyword(s): ☐ |
| Prices Realized | | Auction Forum | | In category: All Auction Categories ▼  Search |
| | | About Us | | |
| | | Contact Us | | |
| | | Link to Us | | |
| | | Advertise with Us | | |
| | | Sell Online | | |


**BBB**
ACCREDITED BUSINESS
**Click for Profile**


**NAA**
*Auctioneer*

AuctionZip is a proud member of the NAA.

---

© AuctionZip 2003 - 2018    Terms of Use    Privacy    Subscription Agreement

*Yoga of Stooga*

Log Out


**Your auction community**

Home    Online Bidding    Auctioneer Directory    Top 10 Auctioneers    Auctioneer Home

AuctionZip Auctioneer ID#  [     ]  [GO]

30 Miles    11722    All Categories    Keywords    Search Auctions

# Thank you for your order!

Please double check the information below to make sure it is correct. For questions, feel free to contact us 24/7 at (814) 623-5059.

---

**Order Date:** 05/23/2018

**Auctioneer:** Maltz Auctions Inc.

**Card:** VISA ending in 1726
**Exp:** 03/2022

**ListingID:** 3024496
**Auction:** ATHLETIC-WEAR COMPANY - Date TBA

**Order Summary**

| Auction Listing | $20.00 |
|---|---|

**Total:** | $20.00 |

An email receipt will be sent to dc@maltzauctions.com

## PAID IN FULL

Return to Auctioneers Home

---

**Auction Search**
Auction Calendar
Auctioneer Directory
Prices Realized

**Online Bidding**
Upcoming Auctions
Online Bidding Help

**Quick Links**
Create Account
Auction News
Auction Forum
About Us
Contact Us
Link to Us
Advertise with Us
Sell Online

**Follow Us**
Follow Us
Like Us

BBB
ACCREDITED
BUSINESS
**Click for Profile**

NAA
Auctioneer

AuctionZip is a proud member of the NAA.

© AuctionZip 2003 - 2018    Terms of Use    Privacy    Subscription Agreement

AuctionServices IGNITE!



**Your Company:**
Maltz Auctions

- <u>Current</u>
- <u>Past</u>
- <u>Archived</u>

• [+] Add New Auction[+] Quick Add[++] Bulk Add

| Auction Title | Sort Date | Location | Hits | Visits | Action |
|---|---|---|---|---|---|
| 18,000+ LUX YOGA GARMENTS | 07/19/2018 01:00 PM | Islandia, NY | 686 | 686 | • <u>View</u><br>• <u>Edit</u><br>• <u>Copy</u><br>• <u>Feature</u><br>• <u>Publish</u><br>• <u>Delete</u> |
| ATHLETIC-WEAR COMPANY | 07/19/2018 11:00 AM | Islandia, NY & Fall River, MA | 3350 | 3350 | • <u>View</u><br>• <u>Edit</u><br>• <u>Copy</u><br>• <u>Feature</u><br>• <u>Publish</u><br>• <u>Delete</u> |
| 14+ ACRE DEVELOPMENT SITE | 07/18/2018 02:00 PM | Tuckerton, NJ | 2612 | 2612 | • <u>View</u><br>• <u>Edit</u><br>• <u>Copy</u><br>• <u>Feature</u><br>• <u>Publish</u><br>• <u>Delete</u> |
| 9,400 SQ FT VACANT LOT | 07/18/2018 01:00 PM | Rosedale, Queens, NY | 1425 | 1425 | • <u>View</u><br>• <u>Edit</u><br>• <u>Copy</u><br>• <u>Feature</u><br>• <u>Publish</u><br>• <u>Delete</u> |

7/20/2018, 11:06 AM

:: Maltz Auctions

# 18,000+ LUX YOGA GARMENTS



18,000+ Garments & 37,000 Yards of Fabric

## Schedule

**Live Auction:** 07/19/2018 at 11:00 AM EDT
**Location:**  *39 Windsor Place*
*Islandia, NY 11722*

## Details

**Bankruptcy Auction - United States Bankruptcy Court Southern District of New York**

In Re: Yoga Smoga, Inc. - Case # 16-13538 - mew

### Luxury Yoga-Inspired Athletic Apparel

### 18,000+ Garments & 37,000 Yards of Fabric

### Details:

- The Debtor's Assets Consist of Intellectual Property, Finished Goods, and Unfinished Goods and will be Offered for Sale as Follows:
- Lot A: All Assets in Bulk - Complete Turn-Key Opportunity (Intellectual Property, Finished Goods & Unfinished Goods)
- Lot B: Intellectual Property (Logos, Trademarks, and Trade Name "Yoga Smoga, Inc.")
- **Lot C: Bulk Bid on Finished Goods**
- **Lot D: Bulk Bid on Unfinished Goods/Fabric (Estimated at 37,000 Yards)**
- **Lot E: 18,000+ Garments (Finished Goods) Sold in Appx. 200 Lots.**
- Backpacks
- Bras
- Crop Bottoms
- Hoodies
- Jackets
- Leggings
- Mat Bags
- Pants
- Polos
- Pullovers

- Sandals
- Shorts
- Tank Tops
- T-Shirts
- And More...
- Finished Good Inventory is Located in Islandia, NY & Fabric is Located in Fall River, MA

Click Here for Auction Catalog (Lot  C / E)

**Inspection/Viewing - Finished Goods:** Morning of the Auction from 9:00 am - 11:00 am, at 39 Windsor Place, Islandia, NY 11722.

**Inspection/Viewing - Unfinished Goods/Fabric:** Available by Appointment in Fall River, Massachusetts.

**Auction Date & Time:** Thursday, July 19, 2018 at 11:00 am.

**Auction Location:** Auctioneer's Office, 39 Windsor Place, Islandia, NY 11722.

**Terms & Conditions of Sale:** 25% Cash or Bank Check Deposit Due at Knockdown of Bid.  Please download the complete Terms & Conditions of Sale.

**Yann Geron, Esq., Chapter 7 Trustee**
**Reitler Kailas & Rosenblatt LLC, Attorneys for the Chapter 7 Trustee**
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

The Assets are being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing. By delivering their respective Offers and/or Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Assets in making their bids. Neither Maltz, the Trustee nor any of their collective representatives make any representations or warrantees with respect to the permissible uses, quantity or condition of the Assets. All Bidders acknowledge that they have conducted their own due diligence in connection with the Assets and are not relying on any information provided by Maltz, the Trustee, or their professionals. The information contained herein was derived from sources deemed reliable, but is not guaranteed. Most of the information provided has been obtained from third-party sources and has not been independently verified. It is the responsibility of the Buyer to determine the accuracy of all components of the sale and Assets. Each potential bidder is responsible for conducting his or her own independent inspections, investigations, inquiries, and due diligence concerning the Property, including without limitation physical attributes of the Assets. All prospective bidders are urged to conduct their own due diligence prior to submitting an offer. Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

Powered by: AuctionServices.com

7/24/2018                                      Print Auction :: ATHLETIC-WEAR COMPANY

:: Maltz Auctions

# ATHLETIC-WEAR COMPANY



Turn-Key Business Opportunity - Assets of Luxury Athleticwear Company

**YOGA**SMOGA™

## Schedule

**Live Auction:** 07/19/2018 at 11:00 AM EDT
**Location:**      *39 Windsor Place*
                   *Islandia, NY 11722*

## Details

Bankruptcy Auction - United States Bankruptcy Court Southern District of New York

In Re: Yoga Smoga, Inc. - Case # 16-13538 - mew

### Luxury Yoga-Inspired Athletic Apparel Manufacturer

### Available Turn-Key or Piece-Meal

**Details:**

- The Debtor's Assets Consist of Intellectual Property, Finished Goods and Unfinished Goods and will be Offered for Sale as Follows:
- Lot A: All Assets in Bulk - Complete Turn-Key Opportunity (Intellectual Property, Finished Goods & Unfinished Goods)
- Lot B: Intellectual Property (Logos, Trademarks, and Trade Name "Yoga Smoga, Inc.")
- Lot C: Bulk Bid on Finished Goods
- Lot D: Bulk Bid on Unfinished Goods/Raw Material (Estimated at 37,000 Yards)
- Lot E: 18,000+ Garments (Finished Goods) Sold in 168 Lots. Click Here for Detailed Inventory.

**Inspection/Viewing - Finished Goods:** Morning of the Auction from 9:00 am - 11:00 am, at 39 Windsor Place, Islandia, NY 11722.

**Inspection/Viewing - Unfinished Goods/Fabric:** Available by Appointment in Fall River, Massachusetts.

**Auction Date & Time:** Thursday, July 19, 2018 at 11:00 am.

**Auction Location:** Auctioneer's Office, 39 Windsor Place, Islandia, NY 11722.

Print Auction :: ATHLETIC-WEAR COMPANY

**Terms & Conditions of Sale:** 25% Cash or Bank Check Deposit Due at Knockdown of Bid.
Please download the complete Terms & Conditions of Sale.

**Yann Geron, Esq., Chapter 7 Trustee**
**Reitler Kailas & Rosenblatt LLC, Attorneys for the Chapter 7 Trustee**
Richard B. Maltz, Auctioneer DCA# 1240836
David A. Constantino, Auctioneer DCA# 1424944
Richard B. Maltz, Licensed Real Estate Broker
Phone (516) 349-7022  Fax (516) 349-0105

The Assets are being sold "AS IS" "WHERE IS", "WITH ALL FAULTS", without any representations, covenants, guarantees or warranties of any kind or nature, and free and clear of any liens, claims, or encumbrances of whatever kind or nature, with such liens, if any, to attach to the proceeds of sale in such order and priority as they existed immediately prior to the Closing.  By delivering their respective Offers and/or Deposits, all Bidders acknowledge that they have had the opportunity to review and inspect the Assets, the state of title thereof and laws, rules and regulations applicable thereto, and will rely solely thereon and on their own independent investigations and inspections of the Assets in making their bids.  Neither Maltz, the Trustee nor any of their collective representatives makes any representations or warrantees with respect to the permissible uses, quantity or condition of the Assets.  All Bidders acknowledge that they have conducted their own due diligence in connection with the Assets and are not relying on any information provided by Maltz, the Trustee, or their professionals.  The information contained herein was derived from sources deemed reliable, but is not guaranteed.  Most of the information provided has been obtained from third party sources and has not been independently verified.  It is the responsibility of the Buyer to determine the accuracy of all components of the sale and Assets.  Each potential bidder is responsible for conducting his or her own independent inspections, investigations, inquiries, and due diligence concerning the Property, including without limitation physical attributes of the Assets.  All prospective bidders are urged to conduct their own due diligence prior to submitting an offer.  Bid rigging is illegal and suspected violations will be reported to the Department of Justice for investigation and prosecution.

Powered by: AuctionServices.com